

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 30 2021

JEFFREY P. COLWELL
CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. _____
(To be supplied by the court)

Khaifan Khamis Mohamed _____, Plaintiff

v.

San i Stevens, Officer, Ind. & Offic. Capacities ,

Medrano, Lt., Indiv.& Offic. Capacities ,

Conray, Doctor, indiv.& offic. Capacities, ,

True, Warden, Indiv.& offic. Capacities , Defendant(s). See attached

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

---

**PRISONER COMPLAINT**

---

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

## A.    PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Khalfan Khamis Mohamed, Reg#44623-054, U.S.P. max, PoBox 8500, Florence, Co 81226.

(Name, prisoner identification number, and complete mailing address)

_____

(Other names by which you have been known)

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

____    Pretrial detainee
____    Civilly committed detainee
____    Immigration detainee
____    Convicted and sentenced state prisoner
_✓__    Convicted and sentenced federal prisoner
____    Other: *(Please explain)* _____


## B.    DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1:    San Stevens, officer, not known.

(Name, job title, and complete mailing address)

_____

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law?  _✓ Yes ___ No *(check one)*. Briefly explain:

He was on duty and employed by the BOP at the ADX in all relevant times

_____

Defendant 1 is being sued in his/her _✓ individual and/or _✓ official capacity.

2-

<u>Defendants:</u>

Saroski, Physician Assistant, Indiv. & Official Capacities.

United States.Of America.*

*Note On Defendants, their capacities, and the relief sought: Total of five BOP/ADX staff are named as defendants in six-federal claims; Each with his or her claim, with exception of officer Sanistevens, who is named as defendant in two different claims (claim 1 and 2).

All defendants are sued in both, individual and official capacities, with exception of P·A Saroski (claim 6) who is only sued in her individual capacity.

With regard to relief; two reliefs are sought here: Injunctive and damages reliefs with relation to all claims, except claim 6-, where only damages relief is sought against P·A Saroski who is sued only in her individual capacity.

No damages/money is sought in the complaint based on "official capacity" claim; that's also, means no money damages is requested from the U.S. through 6-Bivens claims. The money sought from U.S.goverment is only through the last 8-Tort claims; claim 7-through 14.

3-

Defendant 2: Medrano, Lt., Not known·
(Name, job title, and complete mailing address)

He was on duty and employed by the BOP. at the ADX in all relevant times.

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ✓ Yes ___ No (*check one*). Briefly explain:

_____

_____

Defendant 2 is being sued in his/her ✓ individual and/or ✓ official capacity.

Defendant 3: Conray. Doctor. Not known·
(Name, job title, and complete mailing address)

_____

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ✓ Yes ___ No (*check one*). Briefly explain:

She was on duty and employed by the BOP, at the ADX in all relevant times.

_____

Defendant 3 is being sued in his/her ✓ individual and/or ✓ official capacity.

## C.    JURISDICTION

*Indicate the federal legal basis for your claim(s): (check all that apply)*

____    42 U.S.C. § 1983 (state, county, and municipal defendants)

✓    *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal defendants)

____    Other: (*please identify*) 28 U.S.C § 13 Ab (b); 134b (A) (2); 1331 .

Injuctive Relief; 28 U.S.C ,§ 2283 V 2284.
The U.S. waives Sovereign immunity under 28 §§2671-2680

4-

B. DEFENDANTS' INFORMATION:

Defendant 4: B. True, the Warden, Not known.
Sued in Individual & official Capacities.
He was on duty and employed by the BOP, at the ADX in all relevant times

Defendant 5: Saroski, P.A, Not known.
Sued only in her Individual capacity.
She was on duty and employed by the BOP, at the ADX in all relevant times.

Defendant 6: the United States of America.

5-

## D.    STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action.  For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim.  You do not need to cite specific legal cases to support your claim(s).  If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s).  Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE:    DELIBERATE INDEFERENCE AGAINST SANISTEVENS (GENERALLY)

Supporting facts:

1- The term "my cell" in the allegations bellow, between 3.29.20 and 4.2.20, shall mean cell#611, Range C-upper, in D-unit here in ADX-Florence, while the same term in the time between 4.3.20 to 4.20.20, shall mean cell#204, Range A-upper within the same unit.

2- On sunday of 3.29.20 while I was housed in cell #611, at the lunch tray, I started and declared my peaceful protest in a way of hunger strike (H.st.).

3- I made this declaration verbally and in writing to the regular unit officers, and in writing to several senior ADX's officials that included but not limited to; B.TRUE, the ADX-Warden, the Doctor who is also the ADX's medical director (my requests to Doctor were directed to Dr. Sterett, but before I ended my hunger strike, I learned that Dr. Conray had replaced Dr. Sterett ··· CONRAY is therefore one of the defendants. here, she was incharge  and received all requests I sent to the medical); Mr. Harvey, the unit manager, and the Psychologist;

4- One of the reasons I sent the staff informing them of my H.st, is that, I will be afforded all medical attentions and treatments necessary for H.st. prisoners with accordance to the BOP's regulations.

5- It is my practice in all of My H.sts, including this one, to refrain from eating and drinking any thing, besides some water, even before I declare my H.str. I never ate from the trays nor from personal or old food items I might have in my cell as long as I remain in H.st. In that H.st, my last meal was on breakfast that morning of 3.29.20. I informed the staff about this too.

6- This H.st.    was intended to convey a particular, specific and ligitimate message to the ADX's authority following the removal from my phone list my mother's and two siblings' numbers that have been previously   properly approved.

7- The removal of these numbers from the list, was in retaliation of my grievence filings against that staff member following her previous decision not to allow me to call my family. She did informed me of her upcomming retaliation if I refused to drop the grievance.

6-

**A STATEMENT OF CLAIMS:**

8- I only decided to Hunger striking after the ADX's top officials refused to resolve the issue without it.

9- My H.st. was within my First Amendment rights. See e.g; Stephanoff v. Hay Cty, 154 F.3d 523 (5th cir. 1998) (stating that "A prisoner's hunger strike may be protected by the First Amendment if it was intended to convey a particular massage"); Ajaj v. Fed. Bureau of Prisons, 2011 U.S. Dist. LEXIS 26393, (Dist. Colo., march 10, 2011) ("the court agrees that in certain circumstances" a prisoner's hunger strike can be "protected by the First Amendment").

10- Next day, 3.30.20, I separately spoke to the psychologist and the Lieutanant ("Lt") incharge of operation about my hunger strike, and each of the two was holding a copy of my request to the warden that I had sent him the previous day. The Lt. informed me that the warden and the medical have received my requests, and that everyone was already aware of my being in H.st.

11- On 4.1.20 at breakfast tray, I had already missed a total of 9-consecutive trays, and by this time I was already experiencing different medical conditions that included, but not limited to; dyhdration, pain on my chest stomach/abdomen, headache, dizzyness ...etc.

12- According to the 28 cFR, § 549.61-63, the BOP's Program Statement, (2005) no. P.5562.05, at 6-8, and the ADX's own Institutional supplement (2015) no. 5562.05 d, at 4-5, generally, a prisoner is considered to be in H.st. uppon missing 9-consecutive trays, or 72-hours of refraining from food... At this time, unit officers are required to refer a prisoner to medical staff for the appropriate H.st, initial medical assessment ("m.A) and/or treatment. Also, according to the above regulations, officers at this time are required to remove all food-drinks items from a prisoner's cell... and carefully records all food intakes... The policy further requires staff to house such prisoner in a special medical cell for appropriate medical monitoring.

13- The unit officers at D-unit at this and all relevent times during the H.st. at Day watch, were led by Correction Officer ("C.O") SANISTEVENS, as number 1, officer. SANI STEVENS, is a long time, experienced and well familier with H.st. policy, officer. I have encountered SANISTEVENS in different previous H.sts, as he was one of officers involved in the force-teams that participated in medical assessment and/or force-feeding process. He knew every thing about H.st policy as well his own responsibities as the officer incharge in the unit.

14- When SANISTEVENS, and his fellow reguler officer brought lunch tray, they found me lying on my bed, obviously weak and appearing as already sick, as I was... Here, I refused the tray and repeated that I was on H.st,... the refusal and stadement I had to repeat when ever officers brought the food trays.

15- I then said to the officers that I had already missed 10-consecutive trays, and asked them to refer me to the medical so I can get assessed because I was dyhdrated, experiencing extreme pain on my chest, abdomen, and had heavy headache... and dizzyness...

7-

<u>STATEMENT OF CLAIMS:</u>

16- Officer SANISTEVENS: responded to his request by telling me " I know as well as everyone else, didn't you write to the warden, the doctor and others?, but you've fucked up yourself, so it's up to you, non of us cares whether you eat or die..."

17- Throughout his hunger strike, SANISTEVENS and other staff would repeatedly and openelly express this type of statements, and at other times, would intentionally speak loudly enough between themselves, in order to let me know that they didn't care about my health and that, all appropriate staff had agreed on that recklessness towards my health.

18- I alleges that, the above "openness, in revealing the agreed deliberate indifference, was intended to break my will in continuing H.st; and deliver me the maximum of phsychological suffering based on belief: that I may die and no one care, but all approve it.

19- Short moment latter, (SANISTEVENS), and his collegue cameback to collect the lunch trays at a time I was seating praying on the floor but could still see them. I saw here, (SANISTEVENS taking the tray from the bar, and then opening the hot H'alal tray, and then doing something with the food inside, as manipulating it, before he threw the tray under the food-cut. He did this within the Sallyport

20-, SANISTEVENS: , I soon learned, had just maliciously fabricate an event, to claim that I was eating from the trays. He spent several seconds in the Sally Port doing that, because he didn't want the range-cameras to catch him. Sallyport has no cameras.

21- Short while latter, the two C.O's along with Lt. MEDRANO, who told me that he came from the ADX's food services department, came in to my cell and said that I was eating from the trays and they wanted to shake-down my cell.

22- I then submitted to the three a plastic bag in which I had isolated the few items from the food service which I had in my cell, before I started my hunger strike three days earlier. (As an experienced hunger striker, I always park my stuff and seperate food/drinks items by putting commissary items in a bag and the food service items in different bag... to make easy for staff in storaging process, because often, they throw away food services items while keeps in the storage area the commissary (personal items). Among the few food service items were few pack of an old milk subtitute that I had received in previous month of Ramadan, about 10 or 11 months earlier, few pack of tuna and sardine.

23- I was then removed from the cell and C.O. SANISTEVENS: and Lt. MEDRANO intered the cell for shaking it down, while the 3rd officer was holding me out side the cell. The two could not find any additional food/drinks items in my cell that came from the food services, but they repeated that I was eating from the tray.

24- I denied the accusation and told the Lt; that I saw SANISTISTEVENS few moment earlier he was opening the tray to fabricate as I was eating from it..., and told him, that the items I had just submitted were old...

25- I asked the Lt. and C.O's to remove the rest of food items from my cell as required by program statements, but they refused, saying that I was not in H.st. I said, I'll continue with my H.st.

8-

## D-STATEMENT OF CLAIMS:

26- I then told the three that fabricating the records of my food-intake was endangering my life and in violation of the law, CFR and BOP's program statement..., to which SANTISTIVENS replied "No one cares about your life, I told you already and no one cares what the fucken law or CFR says up here, you eat or you die." The Lt. agreed, saying Yea, yea, and loughing.

27- In all of my hunger strike at ADX, starting early 2000's, staff never accused me of stealing food from the tray, nor disqualified my H.st; because of food items from food service that they found in my cell, before the staff removing those items as required by policy upon completion of 9th consecutive tray.

28- When the above three staff were putting me back in to my cell, as all were in back and I was facing inside, I heard one of them, most likely SANISTEVENS whispening to the other two saying "Yea, he gonna get here what he got before" or "what he got in charlie." (charlie: is a refrance to C-unit).

29- The above statement surelly refranced to the assault against me that was committed by a large group of ADX's staff in 8.23.18, while I was in the then previous H.st.. In that assault. I was maliciously beaten and badly injured. See Mohamed V. Jones, No. 1:20-cv-02516-RBJ.

30- That evening, I sent a second written request to B.TRUE, the warden, informing him among other things, the officer's fabrication of my food records and some of their statements; specifically, the above statements 4.28. supra that indicate their violent intent.

31- In the next morning of 4.2.20, while I was still in cell #601, I heard a nurse, called Edward, after delivering pill line to the next door cell, commenting on my being on H.st; to the escorting officers with him? No, (the medical staff) are'nt about to evaluate and assess him, or run a force team... to force feed him, this's not H-unit, up here, no one cares.." Or similer statement. ("H-unit: a refrance to such unit where upto 2015 I was housed... The unit houses prisoners, mostly Muslims under Special Administrative measures "SAMs" imposed by the US. Attorney General... There, because the A.G. and U.S. Attorney are responsible for prisoner's conditions of confinement, the ADX reckless staff and violent officers aren not as free as they are in ADX General population units in violating prisoners' safty...)

32- By 4.3.20, my conditions were deteriorating, very fast, these included but not limited to previously mentioned, but now worsening; extreme pain in my chest, abdomen, back, heavy headache, dizzness, fatigue, dyhdration, cramps on my leg...and bitterness in my mouth. Now-on, I spent most of my time on bed and my sickness and weakness became very obvious to every one who saw me.

33- In the morning of 4.3.20, C.O. SANISTEVENS and Roberts, refused me to use the telephone to call my family, reasoning that, I was on H.st; so I could not use the phone. SANTISTEVENS also denied me the phone for the same reason in 4.7.20 and 4.10.20.

34- SANISTEVENS refusal to allow me the, to use the phone was, I allege, another indication of his evil and malicious intent and motivation: the Institutional Supplement allows hunger striking prisoners to use the phone. Also, was contradictory to his own actions; I would soon learn that up to those days, SANISTEVENS was still fabricating the records, that: I eat, not in H.st.

9-

## STATEMENT OF CLAIMS:

See Infra, at 55-56 ( I learn that : SANISTEVENS: was still fabricating the records)

35- When the above two officers cameback to pick up the lunch trays, seeing me in an obvious sick, weak condition. I heard : SANISTEVENS : loudly telling Roberts° " no one's gonna treat him or look at him, he gonna have to go to the store or eat from the trays".

36- On evening that day, the officers of the shift recognized my serious conditions when they saw me and asked whether I need to see the medical? I said, Yes because I had already missed 18-consecutive trays, I needed to be assessed... And I mentioned some of my above stated medical issues. see Sup. 32.

37- When the officers came back later, they said that they talked to medical staff about my conditions and that I never been assessed even after missing so many consecutive trays,...But the medical said: they were aware of my hunger strike, however, it was up to the doctor and the warden authorize any medical assessment or intervention.

38- In the same evening I sent an emergency sick call request to the medical along with a seperate written request to the doctor, explaining my deteriorating conditions and asking for H.st. m.A.

39- My conditions continued to worsen, and by 4.6.20 I could hardly drink any water due to extreme bitterness in my mouth, and pain in my throat. And as a result, I was extremely dehydrated and had lost an extensive amount of weight which I could feel, due to my own experience.

40- On 4.8.20, in my 11th day since I declared my Hst., a nurse and 2-escoting officers came into my cell # 204, while I was on the bed, and said, they wanted to get my blood pressure ("BP")

41- Standing from bed, I stumbled and almost lost my steps and fell to the ground due to extreme weakness and dizzyness, as the nurse and two officers witnessing.

42- I relied on the cell bars as the nurse posing as she was getting my B.P.. I also asked her if she was going to perform H.st. M.A, since I had been on H.st. for over ten days now and never got assessment?

43- The nurse said, no medical assessment. She was only told to get my B.P. but she said that the doctor knows that I was in H.st.

44- The nurse tried, or, acted as she tried twice to get my B.P. but she failed to get as one of the officers was standing by with a pen and piece of paper to write down the result.

45- The B.P. device seemed to me functioning normally, making its regular sounds, but she then packed and left without taking any B.P. nor notes about my complaints on my conditions. She never cameback. I do not know, what the nurse recorded after she left.

46- As the three were leaving and the outer door still open, I heard one of the two officers whom I had known since many years earlier, saying to the two " hey, this man is dying man, see how skinny and dehydrated he's..." The nurse replied saying " I agree..."

47- This above short and "failed" medical interaction was the first since I had declared my H.st, in 3.29.20. By then I had missed some 30-consecutive trays.

10-

## D. STATEMENT OF CLAIMS

48- I allege that the above "failure" to get my B.P. was intentional and premeditated by the ADX's staff with complete deliberate indifference towards my serious medical need. Had it not intentional, the nurse would have came back in the same day to get my B.P.

49- Based on my own experience, ADX's medical and other staff, some times forges the records. The above, might be one of those occasions.

50- On this day also, the warden, B. TRUE and his executive staff made their weekly round in the unit, as I way laying on my bed, but looking towards the range and carefully try to hear and see what was spoken and going on.

51- I saw the warden looking at me on the bed and then saying to some one around or near him " is he still food striking? " and then heard some one whom I could not see saying " yes sir..."

52- In a regular, healthy day, I never layed down or sleep while the warden and his executive staff makes their weekly rounds in the unit. But due to my poor health and serious conditions, that day I could not avoid laying down.

53- By now ( 4.8.20) my above mentioned conditions, supra, 32,39, were getting even more serious, and I was now also experiencing an excruciating pain while urinating as well passing the urine uncontrolebly, loss of smell and tasting and shorter breaths.

54- I was also going through growing emotional and psychological suffering triggered by my now firm belief that the ADX's staff, led by senior officials such as the warden and the doctor themselves intended to kill me, or at least allow me to die recklessly, as C.O. SANISTEVENS had told me. and said. See supra, 16, 26, 35.

55- Because of my growing fear, on the evening of this day, I asked the evening watch's C.O's (who appeared at the time to behave in a much professional manner than the day watch C.O's) about the status of the record of my food intakes? The officer then told me that every evening when he picks up the dinner trays he look at my trays and sees I don't eat and but that record in the computer, but every day when he comes to work he finds that I've eaten both, breakfast and lunch... And he told me : the records shows like every day you start your hunger strike at dinner tray."

56- I told the officer, that that was not correct, I never ate any thing, since 3.29.20... He said " I know that and can see myself how your conditions continue to deteriorate every day, but that's what's going on, it seems that one of us is lieng" ( he meant: he or the day watch officers in marking contradictory records of my food intakes).

57 - On Thursday, 4.9.20 my conditions were so bad as never before, and some time before noon I fell unconsious on the cell floor and possibly had some type of heart attack. This was right after I got out of the shower in my cell.

58- When I gained back my conscious some time latter, my preexisted excruciating chest pain, abdomen, heavy headache... and dizzyness had worsen, and I found that I had peed on my self.

-11-

## D. STATEMENT OF CLAIMS:

59- On the evening watch that day, I gave the officers a request asking again to come into my cell to remove my personal/commissary food items that I had packed for the removal ever since I declared my hunger strike, almost two weeks ago. See supra 22-25.

60- The officers than came and removed the said items but didnot remove non food/drinking items... This was with accordance to the appropriate program statement which only requires the removal of food items...

61- I asked the two officers who removed the items whether the Lieutenant know of the removal or if he had asked such removal?, They replied "no, and that these things should have been removed two weeks ago when you started this H.st." They then told me, regardless of the food records, they knew that I've been in H.strike since I declared it, and that it surprices them that until now no medical intervention had been performed even though your conditions were pretty obvious that "you never ate for long time and you need medical attention."

62- In this interaction I informed the officers about my worsening conditions including my passing out earlier in the day. They said they will call the medical.

63- In the morning of 4.10.20, C.O's SANISTEVENS and Robert came and removed me from my cell to remove the remaining non-food items from my cell. After I told them that the food had been removed the previous night, and the program statement doesnot require the removal of other items, SANISTEVENS repeated his previous statement that they didn't care what the regulations says, supra 26, and added "we're not going to make it easy for you".

64- The officers escorted me to the range-law library so they could inter my cell to remove the items, at a time I was obviously and extemely weak and sick and could hardly walk or talk due to substantive dehydration...

65- when the officers returned me back into my cell I found that they had removed almost everything from it; legal, leasure, religious, writing, cleaning... etc. and all other materials. They only left in my cell a blanket, pillow, mattress, ½ toilet paper, ⅓ of pencil (ADX's provided pencil is about 3-4 inches long..., the officers had to break one and lieve me with un sharpened piece) and an empty pen.

66- I allege that; the above removal of my non-food items was further indication that shows SANISTEVENS motive and intent was malicious and sadistic in nature... Just as the above described phone call deprivation, see supra. 33-34, was. NO BOP's or ADX's policy allowed him to do such actions, nor did those action served any ADX's reasonable, ligitimate interest.

67- SANISTEVENS than tried to convince me to stop my H.st, telling me that " you only testroy (or said "harm") your self, see how weak and dehydrated you're, you can't even walk or talk... two weeks of strike are enough, everyone by now got your message..."

88- I refused to resume eating, instaid, I pled to SANISTEVENS to refer me to the medical, explaining to him my above described serious medical issues, supra 32,39,53, including the

12

## D. STATEMENT OF CLAIMS:

previous day falling unconscious and with it, urinating on my self, Id. 57-58, and reminded him again, that his actions and fabrication of the record of my food-intake was putting my life on danger and against the law and BOP's own regulations...

69- SANI STEVENS responded by telling me that "Yes, I know, but Mohamed, you distrupt my unit, this's my unit, so I have to do everything to distrupt your hunger strike.... and don't think I'm the one who make the ultimate decision or the only one keep those records the way they are... other guys also do it, because we all all in the same page in this, up from the warden, the doctor to us down here, all agrees, no hunger strike will be tolerated in this unit, cause, this's not H-unit..."

70- SANI STEVENS also in that conversation made refrance to my multiple written requests to the warden, doctor, and other staff about my deteriorating conditions and, SANI STEVENS, fabrications of my food-intake's records, but he then told me "nothing gonna work, every one knows and agrees on what we do here, cause, all agrees, we can't tolerate hunger strike in D-unit.

71- I repeated my request to SANI STEVENS, to refer me to the doctor, however, he refused and reminded me his previous statement that, no, no one cares whether I eat or die. Supra.16.

72 At evening watch also I sent yet, a 3rd written request to the warden, B. TRUE complaining of the continuation of records fabrication, my deteriorating conditions, including the previous day's passing out..., the necessity of my safety... and suggestion to house me in a cell with camera so the camera may catch me if I steal any food

73- Also on same evening, I sent to the doctor, and also sent a 2nd. Emergency sick call request..., both, expressing my worsening conditions and the fact that the unit officers were fabricating the records... I wrote these requests with terrible hardship and extreme pain due to my worsening conditions, after I was provided with pen and same pepers by the officers in the evening watch.

74- My above mentioned conditions, supra, 32, 39, 53 continued to worsen while my weight also was extensively dropping down as I could feel that. By this time (4.10.20) I spent allmost all time on my bed due to weakness and sickness since I couldn't move or even pray in regular position except for very short period of times and with extra ordinary efforts.

75- Within previous 10-days or so, different staff members, including, but not limited to; unit officers, members of the unit Team, Lieutenants, staff from Psychologist Dept, the warden and his executive staff..., etc, saw me in my obvious sick and weak conditions, and some of them, such as unit officers, Lt's, the psychologist and unit Team staff, had also heard my complaints about my deteriorating conditions and officers' fabrication of the records of my food intakes...

76- In some occasions, staff wished to speak with me but I had to speak from my bed, and in at least two times, I could not speak at all for lack of energy and voice.

## D. STATEMENT OF CLAIMS:

77- My emotional suffering also continued to rise. I had no doubt by now, that the ADX's, under the warden, doctor and unit officers, wished me dead, and believed SANTISTIVEN's above statements, supra 69-70, and the previous ones, Id. at 16, 26, 53, were intended both, inform me that, no one cares..., and cause me maximum level of fear and anxiety...

78- I even developed belief, that staff may storm into my cell and kill me and then fabricate the cause of death under the supervision of the above high level staff. Because of this realistic fear, I tried to avoid felling asleep, and carefully listened staff movements in unit... Believing they might be comming to get me.

79- Apart from my serious medical needs that could be met by me being assessed for my hunger strike and the above medical issues, at the absence of such assessments deprived me of professional, medical advice concerning my health and ongoing conditions. I have always carefully tried to follow such advice in my hunger strikes so to avoid any action or inaction that may course my death or avoidable harm of my health. I never used any hunger strike to kill or harm my self.

80. In early monday morning of 4-13-20, I vomitted first a yellowish substance like cotting blood, and then the actual blood. This was my first time vomitting blood in my life.

81- Latter that morning a nurse came into my cell to conduct me first H+St. medical Assessment.

82- It took me about 10-seconds or so, to balance my steps to stand up from bed for the assessment. The nurse took my B.P, urine sample and blood's. He also took my weights.

83- He asked me if I was drinking water? and I responded, that, I haven't drunk any water the previous 3 or 4 days due to extreme betterness in my mouth and pain in my throat.

84- The nurse told me that I was extremely dehydrated and malnuorished and that my urine contained blood.

85- The nurse did not ask me any questions concerning my well being and health. but I complained to him about my on going medical issues that included extreme pain on my chest, abdoman, back, throat, with extreme headache, dizzyness, fatigue cramps, betterness in my mouth, loss of taste and smell, excruciating pain when urinating..., passing urine uncontrably, shorten breath... I also informed him about my recent falling unconcious and blood vomitting earlier that morning. I didn't see the nurse taking any notes as I was complaining to him about these conditions or after that. But I saw him recording my weight and B.P, which he conducted before he heard my above complaints.

86- I asked the nurse if he can do any thing medically to check and address the above conditions, many of when I had never experienced before in any of my many H+sts? He said: he will talk to the doctors...

87- This medical assessment (MA) took place after I had missed 45-consecutive trays within last two weeks. My weight in this day was 119 pounds. My ideal weight is 148

-14-

## D. STATEMENT OF CLAIMS:

88- In my many H.Sts. in ADX's starting in early 2000's I have never weighed 119-pounds at my first H.St; m.A. which with accordance to the BvP's regulation, and in most previous cases, happened after completion of 9-konsecutive meals. For comparison: In my then previous H.St. of 2018, when I received the fist m.A. I weighed 138 pounds. That was after I had missed 18 or 19 consecutive trays. In that 2018 H.St, by the time my weight was down to 119.6 pounds, I had been already medically assessed and advised in at least 15-times, force fed 7-times and voluntarily drank the nutritional resource some 6-8-times, and that was on my 39th. day after I started my hunger strike. Also see Infra. 136

89- On 4.14.20, the L.t. for operation, see supra 10 , came to talk to me in my cell, and from my bed I complained about the records fabrication on my food intakes and also SANISTEVENS tatements, see supra 69-70.After hearing me, the L.t. asked me to resume eating to avoid even worst consequences on my health, because he said, he was "incontact with the warden and the doctors and both indicating that they were aware of my conditions but were not concerned for any negative impacts on "your health" and said " all was up to me", and " this's a different administration (ur said: different warden, and different doctor from the ones were in place during your previous H.St."

90- In this day also, I tried to make my social call with my family. However, the ITS computer system, which has my pre-recorded voice, could not identify my voice even after multiple attempts, due to an extreme sickness conditions, weakness and high level of dehydration.. I had lost my voice.

91- This was the first time in my 20-years in ADX, where I failed to speak with my family because the ITS system could not identify my voice.

## CLAIM 2, AND 3: USE OF EXCESSIVE FORCE AGAINST C.O. SANISTEVENS AND FAILURE TO INTERVINE AGAINST L.T. MEDRANO:

92- On 4.15.20 I received second H.St. m.A as my conditions continued to worsen.

93- In the moning, Lt. MEDRANO, the nurse and several prison guards led by SANISTEVENS with one camera, came to remove me from my cell #204, to the medical room located downstairs.

94- When the officers entered the Sallyport along with the camera, I removed all of my clothes except to boxer-short, while explaining that I was doing so because I wanted the camera to view and catch my whole body... because I had been on H.St. for two weeks (or more) but I received no medical attention because the officers fabricated the records claiming I was eating...; or similar statements.

95- I have never done such demand nor willingly exposed my body at hunger strike or no hunger strike before. But I tried to do that, in effort to prove that the C.O's were truly fabricating the records... because I could not be so malnourished for 2 or 3-days' old H.St.

96- At the time, I was extremely and obviously sick, weak and malnourished, and all staff witnessed that condition.

97- The L.t. refused to take me to medical room unless I dress up. So I did.

-15-

## D. STATEMENT OF CLAIMS:

98- Out side of my cell.# 204, SANTISTEVENS led other officers in applying restraints on me which included the inflexible solid handcuffs, black box and the chain around my waist.

99. SANISTEVENS: maliciously and sadistically applied these restraints so tightly in order to course me muximum pain and harm. Because the restraints were excessively tight I received an immediate excruciating pain and the pain and injury persisted for long time

100- I was also so fearful that the officers were about to beat me again or even kill me, and under that fearful condition, I fearfully and politely said "these cuffs are so tight, please untight them, you hurt me, I'm in pain...." SANISTEVENS without looking at me said to me with threatening torn "shut up..."

101- Any failure of me crying more or more loudly, was because of my extreme fear, sickness and physical weakness... The staff had been creating the described fears ever since I started my hunger strike. See Supra. 16, 28, 71, 77-78.

102- Lt. MEDRANO witnessed SANTISTIVEN's excessively tightened restraints on me, heard my statements concerning them and the harms were causing to me..., and he, SANTISTIVENS and the rest of the staff had already witnessed my virtually nacked, and extremely malnourished body, Supra 96, but MEDRANO and everyone else stood by approvingly.

103- Usually, as I have witnessed this in all previous Hsts, after officer's application of restraints, a Lt. would check the restraints to make sure that are not excessively tightened, and then will ask a medical professional who is present to do the same. But MEDRANO decided to ignore all that, because, I allege, was in agreement with SANISTEVENS

104- After the application of the restraints, I was escoted to medical room downstairs, as SANISTEVENS again led the escot while maliciously and sadistically jacking me from behind using the waist chain and the excessively tightened restraints as a method and tool for punishing and hurting me, forcing me to go through excruciating pain as he forced me to walk on my toe tips.

105- On the way to the medical room as . SANISTEVENS: was commiting the afore malicious violent acts, I complaint to him that he was hurting me and that the restraints were too tight..., hurting me, but repeated his previous statement "shot up..." and added "I told you, we're not gonna make it easy for you. See Supra, 63.

106- The single escoting camera at this time was apparently filming from behind, so could not capture . SANISTEVENS: sadistic, violent action. This is, according to my own experience, how the ADX's staff allows the guards to abuse prisoners... first: bring a single camera, and then carelessly film the events, to allow the guards to abuse prisoner without being detected.

107- In the medical room, SANISTEVENS: again, without prior order or warning, he maliciously and sadistically, grabbed, lifted me up, and threw me down on the bed forcing me to lie on my side, while again, course me another excruciating pain on top of my pre existed pain on my back, abdomen and now on my side. This violent act accured when I was in full restraints, sicken, aweaken... and I was fully comblying with nurse's instructions.

-16-

## D. STATEMENTS OF CLAIMS:

108- Again, Lt. MEDRANO stood by approvingly, never did or said anything similarly, even other staff seemed to approve the above sadistic act. The only person who stopped SANISTEVENS was the nurse... who told him to stop because his actions were "unnecessary". However, nurse's intervantion came too late; I had already gone through the above immidiate unnecessary excruciating pain and more physical and emotional pain was to come long after.

109- Still in medical room, I complained to MEDRANO of SANISTEVENS, using unnecessary force, and asked him to asign another officer to lead the escorting back to my cell... but MEDRANO refused, and therefore, allowing SANISTEVENS to commit even more violent acts against me when escoting me back to my cell.

110- On this second, 4.15.20 m.a. I weighed 116 pounds, and the nurse said I was dehydrated, and asked me to drink water and nutritional resources. I tried hard to drink both, but due to extreme bitterness in my mouth and excruciating pain in my throat, I only managed to drink very little of both... And soon after, I felt strong force of throwing up and vomitting.

111- Due to my bad condition and failure to drink the above mentioned substances, the nurse told me that he will recommend to the doctor to "medically intervine", which meant: to force feed me... Even though I knew the importance of such intervantion, I told the nurse... I didn't want to be fed, because I was very fearful of violent officers such as SANISTEVENS... who might use the Occassion to firther harm me... I preferred to remain in my cell, felt more secured therein.

112- While escoting me back to my cell, SANISTEVENS now used less amount of unnecessary force, but was enough to course another, continuous excruciating pain, and was unnecessary.

113- Also, at that moment, SANISTEVENS whispered on my ear, so the camera would not catch him, maliciously and sadistically telling me "I'm gonna get you, you dirty muslim, ... force-feeding is my favorate... I'm the (C.O.) number one, you gonna see what I'm gonna do"

114- And, as we reached the Sallyport, SANISTEVENS added "I'm glad that you feel safer in your cell, because, mark my words, I'm gonna get rid of you, I like killing terrorists".

115- After the removal of restraits from me, as I was already in my cell, I turned back to the staff and camera, and asked SANISTEVENS to repeat his statement on camera. He did not.

116- The above described violent acts, supra. 98-115, were all malicious and sadistic in nature... carried out against me at a time I was extremely sick, weak, malnourished... and without any need, prior warning or provocation.

117- Lt. MEDRANO and the rest of staff, knew of the violation and had realistic opportunity to stop the violation, but each, with exception of the nurse in the medical room, stood by and were totally deliberate and indifferent towards my safety...

118- In my cell, I discovered that both of my wrists were injured, discolored and with excruciating pain. My right wrist also received a deep cut from the excessively tightened handcuf and possibly the jacking me up that followed after that, supra, 109-115, and now was bleeding. I would estimate the pain on my wrists for first 5-days to 7-out of 10.

119- The cut healed after 20-days or so, the pain after a month, while the scar lasted for over a year.

17-

## D. STATEMENT OF CLAIMS:

120- Also, soon after I was placed back in my cell, my B.P. went to high and experienced an excruciating chest pain to extent that I thought I was about to have a heart attack or even worse... I believe the substantial high B.P., was caused by my extreme fear, anxiety combined with my pre-existed sickness...

121- As I was going through the above experienced, I violently vomitted blood for the second time, with this time, larger amount of blood along with the little amount of water and nutritional resources that I had drunk at the medical room. See supra. 110.

122- I thought of pressing the emergency button in my cell for medical aid, but I decided not to because by that time, based on the last two weeks officials actions and inaction, I had strongly believed that the warden, the doctor and the rest of ADX's big officials wanted me dead.

123- However, I reported the above injuries and conditions to different staff; I showed my wrists injuries, complained on my above described pain coursed by. SANISTEVENS medical room, supra. 107 my recent bloody-vomiting, and higher B.P, later that morning when I was pulled out again, this time to see doctor Conray, see infra. 127, . I also showed my said wrists injuries to at least 2-different LTs, soon after, and showed the same injuries and asked for treatments in my next two m.A., on 4-17-20, and 4-19-20, where the nurse declined to treat the injuries but after seeing them, advised me to clean them with warm water and keep them cleaned.

124- The above excessive force acts and deliberate indifferent conducts of SANTISTEVENS and MEDRANO, respectively coursed me a substantial and considerable mental and emotional pain and injuries on top of those existed previously.

## CLAIM 4: DELIBERATE INDIFFENCE AGAINST DOCTOR CONRAY:

125- After I came back from the medical room and experienced the above stated experiences, supra, 118-123, I was escorted back to the medical room, this time to see Dr. CONRAY, the doctor and medical director at ADX, at the time. Dr. CONRAY was with the physician assistant ("PA) SAROSKI.

126- The doctor told me that she was aware of the fact that I had been on H.St. for over two weeks now, of my previous, 2018's H.St, had reviewed of my medical records and mentioned some of pre existed medical issues such as, chronic depression, High B.P, broken leg-injury..etc.

127- The doctor didnot ask me about my current conditions (but she measured my hight ), but very reluctantly, I complained to her of my ongoing substantive medical conditions - which I had already complained about to the nurse earlier that day- that included but not limited to; the excruciating pain on my chest, abdomen, back, on my throat, during passing urine, on my side (resulted by use of force in medical room earlier that morning), also, extreme headache, bitterness in my mouth, also loss of smell and taste, short of breath, my falling unconscious few days earlier, supra 57 , my two bloody vomitting, include the one occured shortly before I saw her, also, I showed her my fresh injured wrists that were discolored, swollen and the right one, cut and bloody, as well my then ongoing substantive blood pressure triggered by the violent events committed that morning...etc.

128- After hearing the above complaints, Dr. CONRAY in an obvious loughing expression and appearence told me, "mr. Mohamed, I'm here to tell you that, you better eat now before's too late...The nurse recommended medical intervention today, to feed you because of your deteriorating

## D. STATEMENT OF CLAIMS:

conditions..., and I can see that. But I dont think we should at this or any time, medically intervine. It's completely up to you. It doesn't concern me, nor the warden or any of these guys over here (pointing to two escoting officers)... it's your personal choice.: "You may write us and the warden as many sick calls and cup-outs as you want..., doesn't matter, we all decided and agreed that we gonna lieve you alone, we'll never intervine."

129- Doctor CONRAY also told me that she was a different doctor from the one who was incharged at the time of previous hunger strike, 2018, and so the warden, the current was not the previous once. Almost similer statement was made by a Lt. previously, see supra. 89.

130- The doctor very briefly and superficially looked at my mouth and throat... and then told me that the problems I was going through such as bitterness in my mouth, pain in my throat, vomitting blood...etc, all were the result of my two weeks H.st. No medical intervention was necessary. If I choose eating all will go away, but if I continue, I must be prepared for any thing including death..., "cause no one cares" she told me.

131- The Dr. did not check my substantially high B.P. I complaint about, nor did she look at my fresh bleeding wrists..., and I never saw her nor the P.A. SAROSKI who was with her, taking any notes.

132- After seeing Dr. CONRAY, I had no doubt that the highst ADX's staff wants me dead, or at least, stop my hunger strike by any means and cost, including my life. Because of this, I was now even more reluctant to complain of my serious medical conditions... I believe it was like telling your turturer or boxing opponent the most sensitive and vulnerable spots in your body.

133- The following day, 4.16.20, for the third time, and second day in a row, I vomitted blood, as my conditions further worsen.

134- By now I was as I am watching my death and were seriously thinking to stop my peaceful protest; H.st., due to the seriousness of my conditions and the hignst level of recklessness and deliberate indifference of the ADX's staff. That is because I did not want to die, nor did I want intentionally harm myself, or giving the staff a pretext to harm or even kill me.

135- On 4.17.20, I was assessed by the nurse for the third time. He heard my previously made complains, supra 127, along with previous day newly, bloody vomitting..., and said will inform the Dr. There was no camera this day, the condition always allows medical and other staff to act with even more carelessness.

136- In this third assessment I weighed at 114 poonds. This same weight was the last and lowest weight I weighed in 2015's H.st, and that was after 40+ days of H.st., in which I was force-feed or otherwise voluntarily drunk the nutritional resource 12-14 different times, and medically assessed and consulted about my health at least on similer number. See also supra 88

137- On 4.20.20, I was assessed for forth time, at which I weighed 116 pounds, after the nurse changed the scale from the previous one. This was, I alleges, another and a new way of forging the records and causing me to suffer even more.

138- Over the course of atleast 15-years of my many H.st, I have learned based on my own experience, that: medical staff picks the most correct and authentic scale at the beginning of H.st; and uses the same scale throughout the H.st; for the obvious known reasons. The scale only get changed when it broke. The nurse told me the previous scale was not broken- it was changed to manipulate the records.

D. STATEMENT OF CLAIMS:

139- There is no proper reason nor explaination; why I gained 2-additional pounds in the course of two day without me eating any thing or drinking substantial amount of water or nutritional resources. The only possible reason "I gained weight", is the intentional changing of the scale to one that was manupulated to forge my weight. This allegation is supported by Dr. CONRAY's attempt to check my hight three days ealier, supra, 127, and then reduced it, and doing so; reduce the hight and increase the weight, justifies even further avoidance of medical intervantion. After my hight was repeatedly checked and recorded initially after I started Hsts,... the previous medical staff saw no need to repeat the process again... For that reason, my hight was not checked nor changed for almost 10-years, before Dr. CONRAY for inpoper reasons, did so in 4·15·20, see supr.127

140- At lunch time on this day, 4·20·20, I resumed eating, ending my three weeks Hst; mainly, because of my worsening condition, fears of death through those serious conditions or staffs' violent attacks,..., and the highst level of deliberate indifference shown and confessed by the staff.

141- After ending my Hst; several serious medical issues persisted and new ones appeared; The above mentioned abdomen and back pain, lasted for about 6-7 days, pain while passing urine, in the throat, also, bitterness on my mouth, lack of smelling and tasting, short of breath... and extreme headache, lasted in between 10 and 18-days. each of these, never lasted that long period of time in any of previous Hsts, and some of them, never occured in any of my previous Hsts.:

142- The new, serious medical issues included: passing of lurge amount of blood while using the bathroom and eppearance of reetum outside the body. The blood was so large in quantity to change the color of water in the toilet    . This condition lasted for about 28-30 days after I ended my hunger strike. I never experienced in any of previous Hsts. Another serious condition, is the swelling of my legs, hands and my face. A day after resuming eating, all these were substantially swollen. Thereafter, face swelling re appeared in 5 or 6 moretimes, hands, in 8 times or so. But the swelling along with pain on my legs persisted even longer. This continues to this day, even though after several months of daily medications, have partially come down, but still remain along with passing urine uncotrolably, See Supra 127,    , and increased, high B.P. See infra, 176.

143- On 4·23·20, Dr. CONRAY came to my cell, # 512, Range c-Lower, here in D-unit, for chronic care assessment.. and again, reluctantly I mentioned to her the above persisted and newly appeared medical problems and showed her my swelling limbs and face... I asked her treatment and if can tell me the reasons?

144 She said the swellings of the face and limbs along with pain during urinating, were coused by lack of protein in my body as a result of long time Hst. She never mentioned reasons for the others, and said all will go away in the future. No need of any medication.

145- The doctor then, again in a loughing manner, told me, "so mr. Mohamed, you finally came off your Hst, see, we got you out of it. This's how they should have treated you in all those years." or similer statement. I didn't see the Dr. taking any notes regarding my complaints.

146- My complaint and claims here in are not based on "mere discomfort or temporary adverse conditions which pose no risk to health and safety", but rather, are based on serious conditions and real risk...

## D. STATEMENT OF CLAIMS:

### CLAIM 5: FAILURE TO SUPERVISE AND TO PROTECT AGAINST B.TRUE, THE WARDEN

147- I incorporate here by refrance the above allegations, paragraph 1-146.

148- As soon as I declared my H.st; I send the warden and other senior offials to inform them of my H.st; Supra, at. 3; One of the reasons I wrote to the warden and others, was that I will be afforded all medical attention and treatment. Id at 4.

149- That request, dated 3.30.20, (but sent 3.29.20) also requested to ensure my safety. By next day, 3.30.20, the warden had already received the said request Id v. 10.

150- As soon as I learned that the officers, Led by SANISTEVENS were fabricating the records of my food intakes..., and their propensity and desire to harm me, I wrote the warden a second request in it, mentioning the both and repeating my previous request for ensuring my safety... Id at. 30.

151- The fabrication continues for almost another 10-days during which, I continued to unnecessarily sufer from physical and emotional pain... Finally, when I learned that SANTISTEVENS and his collegues continue to fabricate the records..., I sent the warden the third request..., detailing the ongoing violations, the deterioration of my condition..., and the request of my safety ... Id. at. 72.

152- The warden acted with complete deliberate indifference toward both, my serious medical needs..., by allowing, and even deciding and agreeing on the said fabrication. And by towards my safety needs, by allowing the same Lt; MEDRANO, and C.O; SANTIS TEVENS, I had complained against, to lead the officers on 4.15.20 in restraining and escoting me... and then used that occasion to further violate my right through the use of excessive force, by SANTISTEVENS, and failure to intervine, by MEDRANO. See Supra. 92-124.

153- Through my repeated requests, all of which received immediately by the warden, as the Lt. told me, the warden was fully aware of my H.st, my substantive, and serious medical needs,...and the propensity to violence of SANTISTEVENS and MEDRANO. But he acted with recklessness, and disregard of my health and safety.

154- Several of warden's employees, who had complete authority to speak on his beha- lf, told me, with them, the warden did not care, Id. at 16... the warden made the decision and agreed with other staff on those violations... Id. 69-70, 128.

155- The warden himself, apart from his knowledge that I was in H.st for long time, saw me in my cell at the time in non-usual shape and position... Id. at. 50-52.

156- Because the warden allowed, and then agreed on medical staffs and SANTISTEVENS deliberate indifference and SANTISTEVENS and MEDRANO's violent propensity, I suffered from substa- ntial physical and emotional pain and injuries... SANTISTEVENS was eventually removed from the unit. but only after he had caused all the above damages on me. The warden had realistic opportunity and official duty under Federal law and BOP's regulation to protect me, but decided not to.

### CLAIM 6: DELIBERATE INDIFFERENCE AGAINST P.A. SAROSK I

157- One of long time and continuing serious medical conditions coused by the deliberate indifference of doctor CONRAY, SANTISTEVENS, and the warden, is the swelling and pain on my legs. See Supra, 142-144.

## D. STATEMENT OF CLAIMS:

158- After initially complained to Dr. CONRAY about my swollen and painful limbs, Id. 143-144, I reluctantly complained again to nurses at least in three different times in June 2020 when they came for my blood pressure. They told me nothing can be done, but advised that I should elevate my legs, which I did, but my condition never improved.

159- Later on, Dr. Oba came back and replaced Dr. CONRAY. I complained to Dr. Oba and showed him my swollen and painful legs on 9-23-20. I also asked him the course of the problem and if was serious, and for medication...

160- After hearing the history, of the problem, that he had asked about; he said it probably because of lack of protein that was coursed by such long time Hist without any treatment or intervention... And he added that "that is why, when I'm here I make sure that you guys gets all medical attention necessary in Hist,... I can't emergine that you were left that long without any effort to ensure your well being..." or similar statement.

161- Doctor also said, if not treated, the problem may be very serious. He then prescribed me "hydroCHLoRothiaside", 25 mg. tablet for one month (45 tabs, 1.5 tab. daily), and said, if the problem persisted, I will get a longer or permanent prescription. I asked him whether he must renew such prescription or other medical staff can also renew it?, he said, No, I don't have to do it, the P.A should do it at any time, just inform us after this prescription is over, & what's the result.

162- After taking the medication for one month, the problem persisted, but very slitely decreased.

163- On 11-1-20 I sent a sick call for the same problem, and on 11-10-20, a nurse came to see me as a result. Here, I removed both of my socks and showed her the substantive swellings which extended from down on my toes through insteps, ankles up to my shins in both legs. I then gently placed my middle three fingers and pressed politely on my insteps and my shins and then lifted my fingers... Here, the nurse witnessed the substantive and deep prints as if my insteps and shins are made of dough.

164- The nurse asked me to rate the amount of pain. I said is 6 or 7 out of 10. She said will inform P.A SALOSKI that I had an emergency condition. But I told her, all I want is renewal of the medication and possibly increase of the dose that Dr. Oba had already prescribed me. She said: yes.

165- Nothing came through as I waited in pain. And on 11-18-20, P.A. SALOSKI came to see me for the same problem. I repeated the above described process, Supra. 163, to show her my legs, which by now, have swollen even more to extent that it very hard and painful to put on my regular socks due to extensive swelling and pain. At this time my legs also were almost in reddish, bloody color.

166- I asked SALOSKI, the reason she came and failure to renew the medication... even though my problem had been repeatedly recognized...? She said, she didn't know that Dr. Oba had already seen me and prescribed medication, but said, she will immediately renew the medication for at least another 6-months because she had seen how serious my problem is. I asked her if she can increase the dose and issued me the compression socks/or compression garment. She said, won't increase the dose but will get me the socks to get the swellings down.

167- Nothing came as I continued to wait in unnecessary pain. And on 11-24-20, I sent SALOSKI a written request, again, complaing of my pain and reminding her of my problem.

## Do STATEMENT OF CLAIMS

168- Finally, on 12.10.20, 40-days after I placed my sick call request, I received another one month worth of the same medication, that was issued on 12.8.20. There was no compression socks.

169- On 1.26.2021, I sent another sick call for the same problem after the above one month worth medication ended and the problem persisted. Almost a month after that, on 2.23.21, SAROSKI saw me and only then agreed to issue me longer prescription (one year) and the compression socks.

170- When I expressed my surprised to SAROSKI, that how she kept delaying the renewal of already prescribed medication, and then failed to issue longer renewal...even though her self had witnessed the seriousness of my problem...?, she told me: Yes I did. But I don't care how serious your problem is or whether the Dr. had previously prescribed you the same medication, it's your problem...Now you must be gratefull that I renew it...You mustn't complain for long time." She angrly yelled at me and stormed out of my sally port.

171- The pain and swelling persisted untill March 2021, when Dr. Ola on about 3.1.21 increased the dose to 2-tablets a day with the same medication...After taking medication for last several months, the swelling and pain came down even though still exists.

172- SAROSKI saw, heard my complaint, and knew of my serious medical need, and the substantial risk of harm I was facing...But she was deliberate indifferent towards that needs and risk...And therefore, forced me initially wait on unnecessary excruciating pain for about 40-days, followed by almost similer number of days untill she issued the 1-year prescription.

173- The condition that SAROSKI intentionally egnored was obvious and recognizable to any one who saw it regardless whether was a lay persin or other wise, that needed immediate treatment.

174- Due to SAROSKI indifference, I suffered a great deal of physical and mental injuries.

175- Regarding this condition, I've always used medication provided as I was adviced and never stop taking it except when it was out. I also cut salt and sodium consumption almost completely.

## PHYSICAL AND EMOTIONAL INJURIES

176- Because of SAN STEVENS, Dr. CONRAY's and warden TRUE's deliberate indifference towards my serious medical needs (claims: 1,4 and 5, respectively) I have suffered from several serious injuries, mentioned supra, 127, 141-43. Some of these, I've never experienced before, such as, high level of excruciting pain on my chest, abdomen, back, pain in my throat, during urinating, also, loss of smelling and tasting, falling unconcious, vomitting blood on at least 3-occasions...Also, swelling and pain on my limbs, face, and passing blood during using of bathroom...Id. 142. These conditions mostly lasted in between 6-30 days. Id. 141-42. The swelling and pain on my legs continues to this day. Id. 157-75. Also, increased high BP: after H.St, my BP, Lisinopril 20 mg., was increased to 30 mg and then 40 mg. between April-June 2021. And then another medication had to be added in July 2021, that was amLODIPine 10 mg. This is the first time I am prescribed with 2-BP-medic. The third continuing condition, is the passing of urine uncontrably.

177- Because of SAN STEVENS use of excessive force, MEDRANO's failure to intervine and TRUE's failure to supervise and protect (claims 1,3, and 5, respectively) I was maliciously

## D. STATEMENT OF CLAIMS

and sadistically subjected to excessive force...and as a result, received number of serious injuries. Id. at 92-124. The pain caused by the grabbing in medical room, lasted for two weeks.

178- The above physical attacks and verbal serious threates committed together against me also substantially increased my emotional and mental injuries that had existed preor...My depression, anxiety, fear of staff's violence... and PTSD-related conditions (all triggered by previous, 2018 attack on me, see. 1:20-cv-02516-RBJ-KMT), all went up after the above attacks. At the time of this lattest attack, 2020, I was on a single anti depressent medication, citalopram 40 mg. tab. But following the attack, gradually my mental status got worse...And two other medication had to be added, one after another: Mirtazapine 30 mg. tab, and then buspirone 5 mg. tab...

179- Because of PA BARDSKI's deliberate indifference towards my serious medical needs (claim 6) I was forced to go through excruciating physical and mental pain, as I waited for 40-days initially and about similer amount of time subsequently, for before she renewed the medication. Id. at -172- 175. This delay also prolong the relief and healing of my swollen and painful legs... Similarly, the refusal of providing the compression socks and increasing the doze by the extensively contributed to excruciating pain I suffered and prolonged the healing process.

TORT CLAIMS:

## CLAIM 7: CIVIL CONSPIRACY V. U. STATES (Based on Santistiven, Conray and True's Acts)

180- Under the colorado law, the U.S. is liable here, because several of its agents; SANTISTIVEN, CONRAY, TRUE and possibly MEDRANO and others agreed to use all necessary including illegal means to end my Hist. see Id. at -16, 69-70, 89, 127-29, (statements indicates agreement). Furthermore, the above refrances showes that: the object was to end my Hist, while disregarding all laws and regulations. The object was, to high extend carried out overtly and openly. to extent that, the two conspicators; SANTISTIVEN and Dr. CONRAY oppenely told me their aggreement and object with the warden. The Lt. also did the same. Id. 89. Other overts acts. included the initial SANISTEVENS fabrication and forgerying within my sally port. Id-19, and the forged shakedown that followed. Id. 21-25, among meny other overt, unlawfully acts... such CONRAY's admission...etc. Finally, because of this conspiracy I suffered a great deal of damages. See Supra. 178.

## CLAIM 8: BETTERY (Based on tighten Hundcuffing, pushing, jacking...

181- Under Colorado law, U.S. is liable here, because its employee, SANISTEVENS, willfuly and wantonly put restraints on me so tighten in order to course harm on me...He refused to un tight, Id. at. 99-100. He coused me and excruciating pain while restraining and jacking me up..., 99, 104. The injury were substantial. 118-19. SANISTEVENS statements shows his willfuly and wantonly intents. Id. 113-14.

## CLAIM 9: BETTERY (Based on Grabbing, Lifling up...in the Medical Room)

182- Under Colorado law, the U.S. is liable here, because its employee SANISTEVENS willfuly and wantonly grabbed and lifted me, and then threw me down... in medical room..., cousing me another excruciating pain... Id. 107-108, 178. His statements shows his willfuly motives. Id. 113-14.

## CLAIM 10: FAILURE TO REFER (NEGLIGENCE) (Based on SANTISTIVEN's failure to...)

183- Under Colorado law, the U.S. is liable here, because its employee SANISTEVENS even though was legal duty towards me based on the special relationship exists between us, and

## D. STATEMENT OF CLAIMS:

even though the injuries were foreseeble SANISTEVENS breached that duty by refusing to refer me to the doctor and medical staff. Id. at. 15-16, 68-71. As a result, I suffered a great deal of injuries that some, continues to this day. Id. 176. The injuries were directly coused by SANISTEVENS failure to refer me to medical... Had he acted with accordance to his duty, those injuries would have been avoided...

**CLAIM 11: NEGLIGENCE PRACTICE (Based on Dr. Conray's actions/inactions)**

184- Under Colorado Law, the U.S. is liable here, because its employee Dr. CONRAY, breached her duty towards me even with the existence of special relationship and the foreseeability of risk of harm on me... My conditions were serious, obvious and foreseeble enough to every one even the lay, regular officers. See. 36, 46, 61, 64, 67, 75, Furthermore, Dr. CONRAY with others, did not care. Id. 126-29, 145. As a result of her negligence, I suffered a great deal of injuries, 176.

**CLAIM 12: NEGLIGENCE PRACTICE (Based on P.A. Saroski's actions/inactions)**

185- Under Colorado Law, the U.S. is liable here, because its employee P.A. SAROSKI, breached her duty towards me even with the existance of special relationship and the foreseeability of risk of harm on me... My legs conditions were obvious, serious and foreseeble enough to be identified by even a lay person. Id. 173. The conditions also, were already diagnosed. Id. 161-64. But SAROSKI did not care. Id. 170, even after witnessing and acknowledging the seriousness of the conditions. Id. at. 165-166. Because of her negligence I suffered and continue to suffer a great deal of injury. Id. 179.

**CLAIM 13: NEGLIGENT SUPERVISION (Based on Lt. Medrano's actions/inactions)**

186- Under Colorado Law, the U.S. is liable here, because its agent, Lt. MEDRANO, breached his duty toward the plaintiff... He has both, duty of care toward me, and the duty to supervice the tower staff like SANISTEVENS; he breached both. Before the use of excessive force, the Lt. showed his tendecy to breach both of these duties, by falsly accusing me of stealing from the trays, Id. at 21-25, agreeing with SANISTEVENS statements that indicated his violent intents, Id. 26, and with the two officers, discussing an attack against me like the one carried out on me in 2018 in C-unit. Id. 28-29. MEDRANO, stood by when SANISTEVENS was using excessive force when restraining me. Id. 102-103, and when he further used excessive force in the medical room, Id. 108a, and allowed SANTISTEVENS to further violate my rights even after I have complained to him... and asked to replace SANISTEVENS. Id. Because of his breach of his duties, I suffered a great deal of injuries. Id. at 177.

**CLAIM 14: NEGLIGENT SUPERVISION (Based on Warden True's actions/inactions)**

187- Under Colorado Law, the U.S. is liable here, because its employee, warden B.TRUE breached his duties towards me and to supervice the ADX's staff, including SANISTEVENS, MEDRANO and Dr. CONRAY. The warden was fully aware of my hunger strike, the officers' fabrication of the records of my food intakes... and their propensity of violence towards me... But the warden allowed these violations to go on... Id. at 147-156. Because the warden failed to properly supervise his medical and other correctional staff, and even, according to his own staff, participated in such violations... I have suffered a great deal of injuries and I continue to suffer to date. Id. at 156, 176-78.

## D. STATEMENT OF CLAIMS:

### CAUSES OF ACTION: RIGHTS VIOLATED BY THE DEFENDANTS:

### Deliberate Indifference claims. claims: 1, 4 and 6. against Sanistevens Conray, and Saroski, respectively:

188- Each of these defendants violated my Eight Amendment Rights by being in total deliberate indifferent towards my serious medical need and therefore, subjecting me to cruel and unusual punishment, prohibited by the Eight Amendment. Furthermore each of these defendants violated his and her duty imposed on each of them by the appropriate Federal statute, as "gate keepers", by disregarding my substantial and serious medical need. SANISTEVENS is on several occassion saw me in serious medical needs, heard my complaints, and knew that I was facing substantial risk of harm..., but he disregarded my needs and egnored the risk. see Supra. 16, 26, 67-71. Dr. CONRAY: also, saw me in serious medical conditions. heard my complaints, and knew that I was on substantial risk of harms..., but she disregarded my needs and egnored the risk. Supra. 126,-29, 145. These serious medical needs and substantial risks, that SANISTEVENS and CONRAY egnored and desregarded, were obvious and recognizable that they need immidiate medical intervention. even by lay person and regular prison guards. Id. 36, 46, 61, 64, 67, 75. SAROSKI: saw my serious medical needs, heard my complaints, and knew of substantial risk of harm I was in, but disregarded and egnored them all... Id. 165-66. My conditions were obvious and recognizable even by lay person. Id. 173. And were already diagnosed. Id. 161-64. SAROSKI didnot care. Id. 170.

189- Furthermore, each of these defendants Knowingly violated BOP's own regulations. The BOP- Program statement for "Hunger strike", No. P5562.05 (2005) requires offers to remove food items and refer prisoner to medical... after prisoner missed 9-consecutive trays, the medical staff are required to performe medical assessment at that time... and follow up with additional assessment as necessary (ADX's supplement. requires at least 3- assessment in a week, usually, monday, wenesday and friday)...on these assessments, medical staff required to conduct several labotory tests... and when prisoner's life is indanger, the medical must intervine... Id. at. 6-10. SANTISTEVENS and CONRAY Knowingly egnored these regulations.

### Failure to Intervine And Failure to Supervise..., claims 3, And 5. Against Lt. medrano, and Warden B. True, Respectively:

190- Each of the two staff violated my Eighth Amendment rights that prohibit cruel and unusual punishment by failing to stop others who were directly committing such violations. Lt. MEDRANO was present when his lower officer committed use of excessive force against me, but he stood by and allowed it... as Id. at. 92-124. Warden B. TRUE, also allowed the medical staff and correctional officers to continue violate my rights after I had repeatedly informed him of their violation and propensity of violent acts. Id. 147-156. Because both chose to allow the violations, the violations persisted and therefore I suffered more. Id. 156, 176-78. Each of me two had realistic opportunity to stop the violence but chose not to.

## D. STATEMENT OF CLAIMS:

### Excessive Force Claim: Claim 2, Against Sanistevens:

191. SANISTEVENS violated my Eighth Amendment rights that prohibits cruel and unusual punishment, by maliciously and sadistically using excessive force on me, through applying excessively tighten restraints, and than jacking and forcing me to walk on my toe-tips, and further, grabbing, lifting, and throwing me down...; while in each of these occassions causing me excruciating pain..., at a time I was extremely physically weak, sick, malnourished..., and fully restrained...Id. at. 92-124.

192. SANISTEVENS, here, again, knowingly and unnecessarily violated BOP's own regulations. The program statement, No. 5566.06, CN-1, (2014) "Use of Force and Application of Restraints", allows use of force only as "a last alternative..; and under strict conditions... And under this regulation, "an employee may not use brutality, physical violence or intimidation toward inmates...; and when the force is used "it will be only the amount of force required to subdue an inmate..." (Here, I was fully restrained or "subdued"). Further "restraint equipment..., e.g., handcuffs, may not be used..., as a method of punishing an inmate...", or in "a manner that causes unnecessary physical pain or extreme discomfort..."Id. at. 1-6. SANTISTEVENS violated each of these and other appropriate requirements. He also violated H.St. Program Statement, by removing from my cell non-food materials. See the complaint, at. 65-66.

### Civil Conspiracy Claim: Claim 7. V. U.S:

193. The U.S. is liable here because the actions of its employees violates Colorado law that outlaw civil conspiracy...when the necessary elements are met..., which is the case here: Because at least three persons agreed, with object to accomplish, with meeting of their minds, accompanied with several overt acts, and then, together caused damages on me as a result of their agreement..., the defendants have violated Colorado law and rendered the U.S. liable.

### Bettery Claims: Claim 8 and 9. V. U.S:

194. The U.S. is liable here, because its employee violated Colorado law by intentionally making physical contact with me, followed by the actual occurance of the intended contact, that resulted to harming me...

### Failure to Refer, and Negligent Practice Claims: Claims 10-12. V. U.S:

195. The U.S. is liable here because its employees violated Colorado law that imposes legal duty on them towards me. Because they breached that duty, and as a result, caused injuries on me..., the goverment is liable.

### Negligent Supervision Claims: Claims 13-14. V. U.S:

196. The U.S. is liable here, because its employees in supervisory capacities violated Colorado law by breaching their duty towards me, and the duty to supervice their lower officers, and as a result of breaching their both duties, they caused damages and injuries on me, and/or, prolonged such damages and injuries.

27-

## E.    PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? ✓ Yes ___ No (*check one*).

*If your answer is "Yes," complete this section of the form. If you have filed more than one previous lawsuit, use additional paper to provide the requested information for each previous lawsuit. Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "E. PREVIOUS LAWSUITS."*

Name(s) of defendant(s):    Erick Holder et al.

Docket number and court:    07-cv-02647-MSK-BNB

Claims raised:    Several constitutional claims.

Disposition: (is the case still pending? has it been dismissed?; was relief granted?)    Trial, partially relief granted.

Reasons for dismissal, if dismissed:

Result on appeal, if appealed:

## F.    ADMINISTRATIVE REMEDIES

*WARNING: Prisoners must exhaust administrative remedies before filing an action in federal court regarding prison conditions. See 42 U.S.C. § 1997e(a). Your case may be dismissed or judgment entered against you if you have not exhausted administrative remedies.*

Is there a formal grievance procedure at the institution in which you are confined?

    ✓ Yes ___ No (*check one*)

Did you exhaust administrative remedies?

    ✓ Yes ___ No (*check one*)

28-

## E. PREVIOUS LAWSUITS:

| | |
|---|---|
| Names of Defendants: | Jones et al. |
| Docket number and court: | 1:20-CV-02516-RBJ-KMT. |
| Claims Raised : | 15-claims; Bivens + Torts. |
| Disposition : | Still pending. |

## G.    REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do.  If additional space is needed to identify the relief you are requesting, use extra paper to request relief.  Please indicate that additional paper is attached and label the additional pages regarding relief as "G. REQUEST FOR RELIEF."* Where fore I asks the court to grant me the following:

A- Issue Injunctive order to the all federal defendands, under the official capacity claims, that; first: the BoP and ADX-will adhere with the exesting law and Regulations in any and all of my future hunger strikes when it comes to my medical/health related issues and treatments, this includes but not limited to; the necessary medical assessments and attentions in those hunger strikes... be afforded to me timely and appropriately, housing me in an area and/or circumtances that shall insure my well being, and correct and authentic records keeping of my food-intakes... Second: the BoP and ADx-will adhere with the law and regulation in such times when it comes to my being secured and safe from officers' and official violent acts and treatments..., Such as physical and verbal attacks and assaults, ...etc. The court's injunction here is necessary, because the ADX repeatedly uses my being on Hst, as pretext to assault me and destroy my personal materials and endanger my health. See case: 1:20-cv-02516-RBJ-KMT. I intends to hunger strike as long as ligitimate reasons exist, to deliver perticular, ligitimate masages... See complaint. Q. I intend to do as often as law and my health allows... in such and all other times, my personal safety, my health, and property must be assured, secured.

B-Award me compensatory damages jointly and severally against all 5-federal defendants, under individual capacity claims (claims: 1-6) for their violation of my constitutional rights, respectively.

C-Award me punitive damages against each federal defendants, under individual capacity claims.

D- Award attorney and expect-fees, should the court appoint ones, or otherwise, such professional be involved on this case, regardless whether the court appointed them or not.

E- Award me filling fees, mailing..., and all other costs including the time and effort in working in this case.

F-Award me against the U-states. the amount of money mentioned in my 3-Administrate claims.

G- Award me any and all additional reliefs the court deems appropriate.

## H.    PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_Mohammed_____
(Plaintiff's signature)

_September 23, 2021_____
(Date)

(Form Revised December 2017)

-30-

<u>MATERIALS ENCLOSED HEREIN:</u>

1- The Prisoner Complaint.

2- Prisoner's Motion and Affidavit for leave to proceed pursuant to 28 U.S.C §1915 (<u>NOTE</u>: No financial statement attached, I've requested from ADX's staff. I've'nt received it yet I will sent it as soon as receive it... I had to file no so I can't miss stat. of Limitation.

3- Attach·1, = EX·1: Adm. Remedy on 2020 Ex·force, with Cent·office Response.

4- Attach·2 =, EX·2: Adm. Remedy on 2020 Delib. Indiff. with Cent. Office Respon.

5- Attach·3 = EX·3: Adm. Remedy on 2021 Delib·Indiff. with Cent·office Respon.

6- Attach·4, = EX·4: Adm. Tort claim on 2020 Exc·force with Regi·couns· Respon.

7- Attach·5 = EX 5, Adm. Tort claim on 2020 Delib·Indiff. with Region·Couns·Respon.

8- Attach·6 = EX 6: Adm. Tort·claim on 2021 Delib·Indiff. with Regio. Counc·Respon.

9- Attach·7 = EX·7: Declaration of mailing (Sept·23, 2021).











U.S. OFFICIAL MAIL
PENALTY FOR PRIVATE USE $300
PITNEY BOWES
$ 000.00⁰
SEP 27 2021
02 1P
0000007653
MAILED FROM ZIP CODE 81226
UNITED STATES POSTAGE

LEGAL MAIL

TO: Office of the clerk
United States District Court
901-19th St., Room A105
Denver, CO 80294-3589

LEGAL MAIL

Name: Khader Khamis Mohamed
Reg
U.S.
P.O.
Flore

LEGAL MAIL

FEDERAL PRISON CAMP
P.O. BOX 5000
FLORENCE, COLORADO 81226

DATE: _____

"SPECIAL/LEGAL MAIL"

SEP 27 2021

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another address, please return the enclosed to the above address.