**United States District Court**
**District of Colorado**
901 Nineteenth Street
Denver, Colorado 80294-3589
303-844-4694
Jackson_Chambers@cod.uscourts.gov

R. BROOKE JACKSON
DISTRICT JUDGE

## MEMORANDUM

To:     Jeffrey Colwell, Clerk of Court

From:  Judge R. Brooke Jackson

Date:   October 12, 2021

Re:     Civil Action No. 1:21-cv-02676-RBJ
        Case Description: Mohamed v. Sanistevens et al

Exercising my prerogative as a senior judge, I request that this case be reassigned.