FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
SEP 16 2022
JEFFREY P. COLWELL
CLERK

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Mohamed v. Sanistevens et. al, No. 1:21-CV-02676-RMR-MDB.

## PLAINTIFF'S MOTION FOR A DOCKET SHEET:

Plaintiff, respectfully, files this motion asking the court to provide him with a copy of the docket sheet of this case for refranual purposes.

In this particular case, this's the first motion for which plaintiff file to request the docket sheet.

The docket sheet is of very importance to the plaintiff. Plaintiff doesn't have any access to the court's electronic filing systems... And, on different occassions, plaintiff fails to receive some documents and orders filed and issued by the defendants and the court...

The docket sheet provides plaintiff with the complete records...

For those reasons, plaintiff asks the court to grant this motion, and provide him with the docket sheet.

Dated: 9.12.22
ADX-Florence, P.O.Box 8500
Florence, CO 81226-8500

Khafan Kh. Mohamed #44673-054
s/ Mohammed.

## CERTIFICATE OF SERVICE:

I, the plaintiff, hereby certify that on 9.12.2022 have mailed my motion for the docket sheet, with the following court's address:

Office of the clerk,
United States District Court, 901-19th St, Room A 105
Denver, CO 80294-3589.

Dated: 9.12.22
ADX-Florence, P.O.Box 8500
Florence, CO 81226-8500

Khafan Kh. Mohamed, 44673-054
s/ Mohammed.

DENVER CO 802

14 SEP 2022 PM7 L

LEGAL MAIL

Name Khadar M. Muhammad
Reg. No. 44673-054
U.S. Penitentiary Max.
P.O. Box 8500
Florence, CO 81226-8500

LEGAL MAIL

FEDERAL PRISON LEGAL MAIL
P.O. BOX 5000
FLORENCE, COLORADO 81226

SEP 12 2022

DATE: _____

"SPECIAL/LEGAL MAIL"

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosed to the above address.

To: Office of the Clerk,
United States District Court,
901-19th st, Room A 105
Denver, CO 80294-3589

LEGAL MAIL