# Exhibit 1

**SUMMARY OF CLAIMS IN AMENDED COMPLAINT (ECF No. 36)**
**AND DISMISSAL ARGUMENTS**

| Claim | Brief Description | Defendant | Capacity Sued† | Relief Sought† | Basis for Dismissal |
|---|---|---|---|---|---|
| 1 | 1st Amendment retaliation (¶¶ 1-31) | Turner | Individual, Official | Damages, Injunctive | Statute of limitations, No *Bivens* remedy, Standing, Failure to state a claim |
| 2 | RFRA, phone restrictions (¶¶ 32-42) | Turner | Individual, Official | Damages, Injunctive | Lack of jurisdiction (standing, not ripe), Qualified immunity, Failure to state a claim |
| 3 | 8th Amendment,± deliberate indifference (¶¶ 43-120) | Santisteven | Individual, Official | Damages, Injunctive | No *Bivens* remedy, Qualified immunity, Standing, Failure to state a claim |
| 4 | 8th Amendment, excessive force (¶¶ 121-48) | Santisteven* | Individual, Official | Damages, Injunctive | No *Bivens* remedy, Standing |
| 5 | 8th Amendment, failure to intervene (¶¶ 121-48) | Medrano* | Individual, Official | Damages, Injunctive | No *Bivens* remedy, Standing, Qualified immunity, Failure to state a claim |
| 6 | 1st Amendment retaliation (¶¶ 149-53) | Santisteven | Individual, Official | Damages, Injunctive | No *Bivens* remedy, Standing |
| 7 | 8th Amendment, deliberate indifference (¶¶ 154-79) | Conroy | Individual, Official | Damages, Injunctive | No *Bivens* remedy, Qualified immunity, Standing, Failure to state a claim |
| 8 | 8th Amendment, failure to protect / supervise (¶¶ 180-89) | True | Individual, Official | Damages, Injunctive | No *Bivens* remedy, Qualified immunity, Standing, Failure to state a claim |
| 9 | 8th Amendment, deliberate indifference (¶¶ 190-214) | Seroski | Individual | Damages | No *Bivens* remedy, Qualified immunity, Failure to state a claim |
| 10 | FTCA, battery (restraints, pushing, jacking) (¶ 215) | United States | | Damages | |
| 11 | FTCA, battery (grabbing) (¶ 216) | United States | | Damages | |
| 12 | FTCA, negligent supervision (¶ 217) | United States | | Damages | Discretionary function |
| 13 | FTCA, negligent supervision (¶ 218) | United States | | Damages | Discretionary function |

† Plaintiff clarifies the capacities in which he sues each individual and the relief sought in ECF No. 36 at 4 and 30, Section G.
± Plaintiff specifies the nature of his Eighth Amendment claims in ECF No. 36 ¶¶ 222-24.
* Plaintiff pleads Claims 4 and 5 against "Santisteven and Medrano, respectively." ECF No. 36 at 18. Plaintiff clarifies that Santisteven is named only in Claim 4 and Medrano is named in Claim 5. *See id.* at 4.