Ex: 1: Amended Complaint.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**NOV 1 0 2022**

JEFFREY P. COLWELL
CLERK

Civil Action No.   <u>21-cv-02676-NYW-MDB</u>
(To be supplied by the court)

<u>Khalfan Khamis Mohamed</u> , Plaintiff

v.

<u>Santisteven, Officer, ind. & off. capacities</u> ,

<u>Medrano, L.t. Ind & off. capacities</u>      ,

<u>Conroy, Dr. Ind. & off. capacities</u>      ,

<u>True, Warden, Ind. & off. capacities</u>    , Defendant(s).

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

---

### PRISONER COMPLAINT

---

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

**A.    PLAINTIFF INFORMATION**

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address.  Failure to keep a current address on file with the court may result in dismissal of your case.*

Khalfan Khamis Mohamed, Reg. No. 44623-054, U.S.P. max, P.O. 8500, Flor. Co. 81226.
(Name, prisoner identification number, and complete mailing address)

_____
(Other names by which you have been known)

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

\_\_\_\_    Pretrial detainee
\_\_\_\_    Civilly committed detainee
\_\_\_\_    Immigration detainee
\_\_\_\_    Convicted and sentenced state prisoner
\_✓\_    Convicted and sentenced federal prisoner
\_\_\_\_    Other: (*Please explain*) _____


**B.    DEFENDANT(S) INFORMATION**

*Please list the following information for each defendant listed in the caption of the complaint.  If more space is needed, use extra paper to provide the information requested.  The additional pages regarding defendants should be labeled "B.  DEFENDANT(S) INFORMATION."*

Defendant 1:    Santi steven, officer, not known _____
                       (Name, job title, and complete mailing address)

_____

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ✓ Yes \_\_\_ No (*check one*).  Briefly explain:

He was on duty and employed by the BOP at the ADX in all relev. times

_____

Defendant 1 is being sued in his/her ✓ individual and/or ✓ official capacity.

2-

_Defendants_

Seroski, Physiciant Assistant, Individual Capacity.

Turner, Officer. ind. & off. capacities

Unite States of America*

---

* Note on the claims, defendants, their respective capacities, and the relief sought:

<u>Claims:</u> Total of 13-claims are alleged herein; in this 1st Amended Complaint. The first 9-claims are constitutional claims, with the exception of claim 2-which's based on allegedly statutory violations.

<u>The Defendants:</u> Six individual defendants are named under the first 9-claims. C.O. Turner is a named defendants under two different claims (claim 1, and claim 2), while C.O. Santisteven is named as a defendant under three different claims (claim 3, 4, and 6). The four remaining individual defendants, each of them is named as such under one claim. The U.S.A. is the defendant under the last 4, Tort claims.

<u>Capacities:</u> Each of the six-individual defendants under the first 9-claims is sued under both his/her offial and individual capaties, with exception to P.A. Seroski (claim 9) who's only sued on her individual capacity.

<u>Relief Sought:</u> Two reliefs are sought here based on the first 9-claims: injustice and damages reliefs, with exception of claim 9, in which only damages relief is requested. However, the damages relief is only sought based on individual capacity status of each defendant. No damages/monetary relief is requested herein based on official capacity of any of the defendants.

Defendant 2:   Medrano, Lt, Not known
                 (Name, job title, and complete mailing address)

_____

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ✓ Yes ___ No (check one). Briefly explain:

He was on duty and employed by the BOP at the ADX in all relevant times.

Defendant 2 is being sued in his/her ✓ individual and/or ✓ official capacity.

Defendant 3:   Conroy, Doctor, Not known
                 (Name, job title, and complete mailing address)

_____

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ✓ Yes ___ No (check one). Briefly explain:

She was on duty and employed by BOP at ADX in all relevant times.

Defendant 3 is being sued in his/her ✓ individual and/or ✓ official capacity.

## C.    JURISDICTION
*Indicate the federal legal basis for your claim(s): (check all that apply)*

___   42 U.S.C. § 1983 (state, county, and municipal defendants)

✓   *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal defendants)

___   Other: *(please identify)* 28 U.S.C. §1346(b); 1346(b)(2); 1331
       Injunctive Relief; 28 U.S.C. §2283 & 2284

4

## B- DEFENDANTS' INFORMATION:

<u>Defendant 4</u>: B. True, Warden, Not known.
Sued in his Individual and Official capacities.
He was on duty and employed by BOP. at the ADX in all relevant times.

<u>Defendant 5</u>: Seroski, PA, Not known
Sued only in her Individual capacity.
She was on duty and employed by BOP, at the ADX in all relevant times.

<u>Defendant 6</u>: Turner, Officer, Not known.
Sued in her Individual and Official capacities.
She was on duty and employed by BOP, at the ADX in all relevant times.

<u>Defendant 7</u>: the United States of America.

**D.    STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action.  For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim.  You do not need to cite specific legal cases to support your claim(s).  If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s).  Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: <u>RETALIATION; VIOLATION OF THE 1st AMEND. AGAINST C.O. TURNER</u>

Supporting facts:

1- Officer Turner ("Turner") has been one of ADX's officers responsible, at least some times, of monitoring, providing and approving of my social telephone calls and mail since around early 2016 up to 2022.

2- Per ADX's social call regulation that was in place in October 2019, I and other General Population prisoners were authorized to have 4- social calls, 15-minutes each, while in November, we were authorized additional call (also in December) because of Holiday season.

3- Officer Turner was on duty in october and November 2019. And in the month of October, I was only allowed to make 2- calls instaid of 4-calls, while in November I was allowed to make 3- calls instaid of 5-calls. This was, despite of my repeated requests to both, Turner and to D-unit officers.

4- The unit officers told me at the time that I couldn't get the rest of my social calls because Turner wouldn't respond back to their calls and Emails. And I couldn't get the phone unless Turner allow and monitor it.

5- Because Turner and her then collegue failed to provide me the same number of calls that're allowed to me similar situated prisoners at ADX, the vital importance of the calls to me, and my fears that I may lose additional calls in the future, I decided to file an administrative remedy grievance for my lost calls in Dec. 2019.

6- On 1-22-2020, C.O (correcctional officer) Turner and her then collegue, named Hicks, came to my cell # 610, D-unit, Range C-upper and C.O. Turner said to me that she had found out that I've filed grievance over my lost calls and therefore, she was going to teach me a lesson for my ungretful behavior. Her collegue agreed with her.

7- Turner told me she was going to block and remove from my phone list three local numbers that have been recently approved by another, but superior to them and much more professional, SIS staff member. The three local numbers were under my mother's, brother's and sister's names.

6-

## D- STATEMENT OF CLAIMS:

8- The three numbers were approved some time in October or November 2019, and had area code 719-744, provided by a company called PacTel.

9- The ADX's staff who monitored my correspondence including Turner herself, knew my efforts and correspondence with individuals who apparently worked for the company so I could get their service. These correspondences goes back to 2016.

10- The reason I sought the local number is because; the regular ADX/BOP phone service charged me close to $15.00 per 15-minutes call to my family who live in Tanzania East Africa. That's too much money for me because I only receive between $50-74.00 per month which I usually have to split for my calls, commissary essential needs to supplement the food I am fed and other necessities.

11- My family is also financially poor. However, was prepared to at least attempt to pay for the phone which would have cost about half of what I pay in the regular phone system.

12- At the time I had mother, 8-siblings, their spouses, children, and many other members within my extended family, all in total, 50-people approximately.

13- I told Turner that she couldn't rightly block the three numbers because have been appropriately approved and I've already been using two of them.

14- Turner then repeated her previous statement that she'll block them primarily because I've been ungreatfull to the extent that I filed grievance for only loosing 4-calls. She then said, beside that, the use of such local numbers is not allowed because the people at the other side couldn't be identified.

15- I told Turner, that's not correct, because: when I submitted the three local numbers for the approval I also submitted my mother's and two siblings' numbers in Tanzania with which the local numbers are connected.

16- I also told Turner that I know that other prisoners at ADX and other Federal and state prisons use the same or similar services...

17- Turner agreed with me on that, saying "You're correct, but I'am going to block them any way so you'll be more careful next time against whom you're filing."

18- Following my pleas to Turner, she then said she may be willing not to block the numbers if I'll withdraw my B.P.9-grievance and promiss not to file again in the future against her or her collegues, to which I said, I'll be prepared to withdraw the current grievance but I couldn't promiss not to file for future misconducts. She left and said, I must think more about that, and she'll come back.

19- After I spoke with C.O. Turner, I spoke with several ADX's staff in attempts to get the three numbers unblocked. These staff include Unit Team members, the psychology staff and the warden, B. TRUE.

20- Based on my talking to other staff and my complaining, TURNER then sent me a piece of paper with supposedly "information" concerning the phone Company which ADX's allows prisoner to use their service such as that of "prepaid" account. This was "Global Tel* Link (GTL).

## D-STATEMENT OF CLAIMS:

21- However, TURNER's advice was not an honest one. My family and also a fellow prisoner's family in the U.S. and an ADX's staff member, all tried and failed to get the necessary information on my behalf, so the GTL may provide me the similar service with lower cost. The GTL told a fellow prisoner's family who contacted them on my behalf that: they could only provide such service for Tanzania prepaid call of ADX allow that. The individual was told by GTL to raise the issue with the ADX... TURNER, it appear, was not honest.

22- TURNER cameback to see me again and asked me to withdraw my grievance on 2·12·20. I refused. And she told me, she was going to block the numbers whether I withdraw the grievance or not.

23- I spoke with warden B·TRUE twice; on 1·29·20 and 2·12·20, each time was after Turner had come to me. I requested the warden to use his authority so my three numbers (which I intended to be used by the rest of my family and relatives) won't be removed from my phone list, explaining to him the importance of the calls, the absent of any alternative, such as social mail or visit, and my indigent financial status that will force me either give up calling my family or starve my self in order to call my family including my sick and very old mother...

24- On 3·12·20 I received a "telephone list change notice", signed by one of the ADX's Associate Wardens (°AW) on 2·29·20, indicating the removal of the three numbers from my approved phone list.

25- The AW's notice lists 4-reasons as to why the numbers are removed. These are to be checked, and are (1) The end cannot be identified; (2) The number has been identified as VOIP (voice over internet protocol); (3) poses a safety/security risk; and (4) others. The AW's notice only checked on #2 (VOIP) as the reason for removal of the numbers.

26- In his response to my grievance over that removal, the warden's and the subsequent responses, added another reasons, including "VOIP, may mask the identity of the destination telephone call recipient". This's almost the same reason, reason #1, s p in 25, but there was not checked in...

27- The three grievance responces did not comment on my complaint that: the numbers were removed for retaliatory reasons. And that, the Federal Communication Commission (FCC) had, since September of 2013 reached a conclusion contrary to the ADX's decision; the safety and the secured manner of the VOIP.

28- An ADX's staff member told me that even GTL services, also depend on VOIP.

29- Many Federal prisons, including some maximum security, allow calls via VOIP.

30- In my 22+ years in prison I've never been discipline for telephone regulation violation.

31- When I tried to call my brother via his local number. I found out his and the other two numbers have been removed from my phone list. That was on 3·27·20. As a result of that retaliatory act, and after all means failed stop it, I declared H·st on 3·29·20 as peaceful protest.

## D - STATEMENT OF CLAIMS:

### CLAIM 2: VIOLATION OF MY RELIGIOUS RIGHTS UNDER THE RFRA AGAINST C.O. TURNER:

32- I incorporate here by refrance the above allegations, 1-31.

33- I am a Muslim, follower of the Religion of Islam. I am holding my religious belief, duties, practices... and requirements very sincirely.

34- My religion, based on the Qur'an and Sunnah (ie, the teachings, practices and required instructions of Prophet Muhammad) requires me to keep and maintain close and healthy relationship with my immediate family members, the extended family... and relatives. My immediate family, extended family and close relatives comprise approximately 50 people. See supra, at 12. I am religiously ordained to maintain the said relationship with all of them as much as possible. Because of that requirement, my approved phone list includes different individuals, such as mother's number, siblings' in-laws', nephews, and nieces'...

35- My family, which lives in Tanzania, East Africa is poor, and cannot afford to come here for visiting me. I never had family visit ever since I came to ADX, 2001.

36- The communication with my family through mail has been always very bad, that's because many of outgoing and incoming mail couldn't reach the intended side. This problem became even more serious towards the end of 2018 onwards. From that time on, almost no mail could reach either side. Some time in about mid-2020, an ADX's staff member voluntered to process my mail via his official E-mail. But he retired in 2021, and because of that, there's no mail correspondence between me and my family, beause no mail can reach me or them via regular postal service due to apparently bad postal-services service, and more likely, ADX's mail room and other staff illegal interceference with my mail and other materials, such as incoming publications and even legal mail.

37- Due to these reasons, supra 35-36, the telephone is the single means that may connect me and my family and relatives, and therefore enable me to maintain my above mentioned religious duty and requirement.

38- Officer TURNER's removal of my three local numbers, through which I should've been able to maintain such relationship, imposes substantial burden on me and my ability to exercise my religion... Such removal and without an alternative means of communication that I can afford, prevent me from participating in that religious duty imposed and motivated by my sincerly held religious belief.

39- As stated above, supra at 10, I cannot afford calling my family through the regular ITS phone service due to the high cost for such service. I can only maintain my religious requirement through lower and cheaper means to call my family.

40- Many Federal prisons allow the denied service here. My correspondence records are clean. Id 29-36.

41- The removal of the local numbers from my phone list violate the RFA under 42 USC 2000 bb-1, by imposing substantial burden on my religion and my ability to exercise it.

42- The said removal, as a result, forced me into dangerous sinful state and inner spirutal torture that resulted into increased depression and deep sinful feelings.

## D- STATEMENT OF CLAIMS:

### CLAIM 3: DELIBERATE INDIFFERENCE AGAINST C.O. SANTISTEVEN:

42- I incorporate herein by refrance the above allegations. 1-42.

44- The term "my cell" in the allegations alleged bellow, unless stated otherwise shall mean Cell #611 at the range C-upper, within D-unit, here at the ADX-Florence. That's for the period of time between 3-29-20 and 4-2-20. However, the same term shall mean cell #204, at the range A-upper within the said unit, for the period of time between 4-3-20 and 4-20-20.

45- Because of the allegedly violation of my rights detailed above, supra at 1-42 and the failure of the ADX's administration to otherwise resolve my legitimate issue, I was forced to declare and start my peaceful protest in a way of Hunger strike ("H-st") on Sunday of 3-29-20, at the lunch tray.

46- I only declared H-st, because, based on my then 20-years experience at the ADX, I knew that the filing of Administrative remedy grievance well not change the alleged violation of my rights. It never did so before and after that; As of May 2, 2022, the record/index of my administrative remedy filings, show that, I've filed at least 334- grievances, starting in 2003. However, the warden denies each grievance comes to his desk, and the Regional Director and the Central office, always adopt the warden's position. These 100's of denied grievances include several that have been submitted to this court in at least three defferent cases I've pursued so far. See Mohammed V. Holder, 1:07-cv-02697,MSK; Mohamed v. Jones, et al 1:20-cv-02516-RBJ-NYW. The Administrative remedy program never worked for me in my now 22+ years in BOP's prisons. Never.

47- I value my health very dearly and highely. I never intended to knowingly harm myself in any way. My going on to H-st, has been only because is the last resort available for me without violating any law or BOP's regulation. I never loved nor enjoyed hunger-striking, but I've been, in many occasion, forced to do it.

48- I made my declaration of H-st, to several ADX's staff by sending written requests. This include; my written and verball declaration to the unit officers, written requests to B-TRUE the ADX warden, the D-unit unit-manager, the ADX's Clinical Director who's also the medical doctor, the psychologist, and others.

49- The reason I clearly declared my H-st's, is because I want and expect that I'll be provided with all appropriate medical attentions and treatments in accordance to the BOP's regulations. Besides, I informed B-TRUE the warden that I was requesting that the staff won't use force against me as they did in my then previous H-st in 2018. See Mohamed v. Jones, supra. I asked him to ensure my safety...

50- In that H-st, my last meal was at breakfast of 3-29-20. That's because in each of my H-st, this one included, I stop eating and drinking any thing from the food trays provided and even from whatever food items I may have in my cell from the commissary, even before I declare my H-st. The only thing goes in to my stomach, is some water. I informed the staff about this.

## D - STATEMENT OF CLAIMS :

51- Next day, on 3.30.20, I separately spoke with the psychologist and the Lieutenant ("LT.") for operation about my being on H.St. Each of the two was holding a copy of my written request to the warden I had sent him on previous day (But with today's date). The Lt. told me that the warden and the medical have received my requests, and they and other staff were already aware of my being on H.St.

52- On 4.1.20 at the breakfast tray, I had already missed a total of 9-consecutive trays, and was already experiencing a number of medical conditions that included but not limited to; dyhdration, chest and abdomen pain, headache,... and dizzyness.

53- According to the BOP's regulation, based on 28 CFR and even the ADX's own supplement, generally; a prisoner is considered to be on H.St. upon missing 9-consecutive trays, or 72-hours of refraining from food... At this time the unit officers are required to refer such prisoner to medical staff for the initial H.St. medical assessment ("M.A) and/or treatment... They're also required to remove all food and drink items from the prisoner's cell, and carefully record all food intakes. The regulation further requires the staff to house such prisoner in a special medical cell for medical monitoring.

54- The unit correction officers ("C.O's/C.O) at the day watch at this time and other relevant times, were led by C.O. SANTISTEVEN, as the No.1, responsible officer.

55- SANTISTEVEN at that time was already a long time, experienced, senior officer. He was completelly aware of the BOP's H.St, regulations and of his own official duties as the C.O; no.1, responsible for daily unit operations. Previously, I had seen SANTISTEVEN in number of H.St, participating with other C.O's in M.A, and force-feedings.

56- When SANTISTEVEN and his collegue brought the lunch tray to my cell, they found me obviously weak, appearing sick, as I was - and lying on my bed.

57- I once again as I've been doing throughout H.St, refused the trays and said I was on H.St. I then asked SANTISTEVEN to refer me to the Dr. because I've already missed 10-consecutive trays. I needed to be medically assessed with accordance to the policy. I also mention to them some of my medical issues and concerns noted above. See supra. at 52.

58- SANTISTEVEN replied by saying that he knew that I was on H.St, just like others, because I had written to the warden, Dr. and others. But he told me that? "you've fucked up your self, so it's up to you, none of us cares, you eat or die".

59- Throughout this H.St, SANTISTEVEN and others would repeatedly tell me that kind of statements, and sometimes would talk between themselves but loudly enough to make me hear and know that the ADX's authority doesn't care about my wellbeing... all were in agreement..., and ready to be as reckless as necessarily needed to force me out of the H.St. even if that might cost my life. I've never experienced that readyness before.

60- Short moment latter, the two C.O's came to collect me food trays, and I was seating praying on the floor. I saw SANTISTEVEN spending several seconds in the sally-port, opening and manipulating the hot halal tray... before he threw it in the food cut that was outside.

61- Shortly after I learned that SANTISTEVEN was actually maliciously fabricating an event, so, he could in honestly claim I was eating from the food trays.

## D - STATEMENT OF CLAIMS :

62- Few moment latter, the two c.o's along with Lt. MEDRANO came into my cell saying I was eating from trays and they wanted to shake-down the cell.

63- Seeing that, I submitted to them a plastic bag in which I had isolated few items from the food service which I received and kept in my cell long before I started my H.st, three days earlier. (As an experienced hunger striker, I've always organized my things before I start. In food, I always separate my personal/commissary items from the food services/prison items, to make it easy for the c.o's to identify... Because they usually throw away prison items, while keep in the storage room the personal ones). The few prison items were; few packs of an old milk substitute that was provided to me about 11-months prior, during Ramadan, few packs of tuna and few of sardine.

64- They then shook-down the cell, but didn't find any additional food service items.

65- The three insisted that I was eating from the trays and so I was not on H.st. I denied that and told MEDRANO that SANTISTEVEN had just fabricated that story. See Supra, 60-61, that I never ate any thing, and the items I submitted were old.

66- I also told the three that fabricating the food intakes record they were doing was endangering my life, violation of the law, and the CFR... I also said, it's a crime to falsify the federal records. SANTISTEVEN replied by reminding me that he had just told me that "No one cares about your life"... And no one cares "what the fuck'n law or CFR says up here, you eat or die." The Lt. agreed with him, saying "Yea, yea" and laughing.

67- MEDRANO rejected my request to remove my personal food items from the cell, as required by the policy, supra at 53, claiming, because I was eating, not on H.st.

68- I've never before been accussed by the staff of eating from the trays or from my personal items after declaring H.st.

69- As they were putting me back in my cell and while I was facing in it and the three were on my back, I heard one of them, most likely SANTISTEVEN whispering to the others "Yea, he gonna get here what he got before" or said "what he got in Charlie" ("Charlie" is a france used by the staff to mean : C-unit).

70- This above malicious statement was unmistaken reference to the malicious assault against me that was carried out by ADX's staff in 2018 at "Charlie"; C-unit, when I was also sick in the then previous H.st. See Mohamed V. Jones et al, No. 1:20-cv-02516-RBJ-NYW.

71- I became so fearful. And in that evening I sent a second written request the B. TRUE, the warden explaining about the officer's fabrication of my food intake records, and some of what one of them maliciously said, and reminding TRUE of the 2018 attack on me.

72- By 4-3-20 my conditions were deteriorating rapidly. My previously mentioned conditions, supra at 52, had worsen. I was also feeling extreme pain on my back, cramps on my legs... and bitterness in my mouth. I spent most of the time on bed, and my sickness and worsening conditions had became even more obvious to everyone who saw me, including the unit officers who brought me food trays 3-times daily.

73- Evidencing his malicious motivations against me, SANTISTEVEN and his fellow c.o. Robert, refused to allow me to call my family on 4-3-20. SANTISTEVEN also denied

## D- STATEMENT OF CLAIMS:

me the phone on 4.7.20 and 4.10.20, each time saying that I couldn't use the phone because I was on H.st, even though the ADX's policy allows hunger striking prisoner to use the phone.

74- When SANTISTEVEN and Robert were picking up the lunch trays that day, I heard SANTISTEVEN loudly saying to his colleague, "no one's gonna treat him or look at him, he gonna have to go to the store or eat from the trays."

75- On evening watch that day, (4.3.20), the C.O's of the shift asked me if I wanted to see the medical staff, after the C.O's recognized my obvious bad shape. I said yes, because I've already missed 18-consecutive trays, and I haven't been assessed yet even though I'm sick...

76- The officers then informed me that they contacted the medical, told the medical about my being on H.st, my conditions and the absent of any medical assessement yet. However, the medical said, the medical was aware of my H.st., but it was up to the Dr. and the warden to authorize any medical assessment or treatment.

79- Per the BOP's program statement, there's no Dr's or warden's authorization requirement in such circumstances. The completion of 9-consecutive trays is the requirement. See supra at 53.

80- In that evening I sent an emergency sick-call request to the medical, and a seperate request to the Dr. explaining about my worsening conditions and requesting the H.st. medical assessment.

81- By 4.6.20 I could hardly drink any water due to extreme bitterness in my mouth and pain on my throat. Because of inability to drink, I was extremely dyhydrated and by that time I had already lost substantive amount of weight too. As an experienced person, I could easely feel and see it.

82- On 4.8.20, 11th day since I declared H.st, a nurse and two escoting C.O's came into my cell while I was on bed, and said they wanted to take my blood pressure ("B.P.).

83- Standing from bed, I stumbled and almost fell on the floor because of extreme physical weakness... and dizzunes as the three watching in the sally port.

84- Relieing on the cellbars as the nurse appears to take my B.P, I asked her if she was going to conduct the H.st. medical assessment... and told her that I've never been assessed even after 10-days of H.st I told her of my serious conditions.

85- The nurse said, No. she was only told to take my B.P, but she said; the Dr. knows that I was on H.st

86- For unclear reasons to me the nurse claimed that she couldn't take my B.P, due to failure of B.P aquipment, even though to me, the aquipment seemed to perform normally (making its reguler sounds..etc). They then left. I never saw the nurse taking any notes on my conditions or complaints to her. They never cameback.

87- As the three were leeving and the cell door still opened, I heard one of the two escoting C.O's whom I've known for many years, saying about me "hey, this

## D - STATEMENT OF CLAIMS:

man is dying man, see how skinny dehydrated he's..."

88 - The above short and "failed" medical interaction was the first since I declared H.st, on 3.29.20. By then I had missed 30 consecutive trays.

89 - Based on my own personal experience, the medical staff, just as virtually staff of every area and department at the ADX, some times falsify the records. I allege that the above "failure" was one of those times. It was another indication of pre-meditated deliberate indifference. Had it not forgery and deliberate, the nurse would've come back with proper equipment to get my B.P.

90 - On this day also, the warden, B.TRUE and his executive staff passed through infront of my cell while they were conducting their weekly unit-round. I saw the warden looking at me via the window at the time I was laying on bed while I was carefully to what was being said.

91 - I heard the warden saying to someone near to him " is he still in food striking?" and some one, whom I couldn't see, said "yes sir".

92 - In a regular, healthy day, I never layed on bed while such round is conducted. It was un usual for me to be in that position. That was because of my worsening medical conditions. I couldn't act normal. The warden and the rest of the staff knew that.

93 - By 4.8.20, apart from previously mentioned problems that were worsening every day, see supra at 52, 72, I was now experiencing excruciating pain while urinating, as well passing urine uncontrollably, loss of smell, taste and shorten breath.

94 - Besides my physical conditions, emmotionally I was increasingly suffering too. Because of the repeated and even confessed acts of recklessness and high level of deliberate indifference, I believed that the staff intended to kill me or, at least, deliberately permit my death. They wanted me to know that to maximize the emotional torture.

95 - On the evening that day I asked the C.O. on the shift the status of my H.st records. The No.1 officer of the shift then told me that, every evening he checks my trays, seeing I don't eat and always put that in the computer. However, he said; every day he comes to work (he worked monday through friday) he finds that the day time C.O's, led by SANTISTEVEN, record that I've eaten both; breakfast and lunch. He said " it's like ... every day you start your H.st at dinner tray".

96 - On the morning of 4.9.20 after experiencing an extreme chest pain and headache, I fell unconscious on the cell floor and possibly had some type of heart attack. When I gained back my consciousness I realized that I had peed on my self.

97 - In the evening I told the officers about that event. They said they'll call the medical.

98 - Also in the evening I once more asked the officers to remove my old commissary stuff that I had packed almost two weeks earlier when I started my hunger strike. See supra, at 63-67. The officers agreed, and said that those things should've been removed from my cell long time ago, since every one knows that I was on H.st and saw my worsening health. The C.O's didn't remove my other, none-food materials.

1A

## D- STATEMENT OF CLAIMS:

**99-** In the morning of 4·10·20 C·O's SANTISTEVEN and Roberts came and removed almost everything from my cell. These were none-food/drink regular materials. It was another of SANTISTEVEN's malicious act, proving his evil intention. The BOP's program statement doesn't require such action.

**100-** When I told SANTISTEVEN that, those materials were not removed from my cell in previous evening when the C·O's removed my food items because their removal is not required by the regulations... he said "we're not going to make it easy for you and we don't care what the regulation says".

**101-** As the two officers were escorting me to and from the range-law library so they could remove those materials, they saw and witnessed my obviously weak and sick conditions... I could hardly walk or talk due to substantive dehydration.

**102-** Back in the cell, SANTISTEVEN asked me to stop the H·st. saying that "you only destroy (or said "harm") your self, see how weak and dehydrated you're, you can't even walk or talk... two weeks of H·st. are enough, every one by now got your message", or similar statement.

**103-** I refused to start eating, and once again pled to him to refer me to the Dr. and told him about my substantive and serious medical needs... and the danger of his fabrication of my food intakes records... etc.

**104-** SANTISTEVEN responded by saying "Yes, I know, but Mohamed you disrupt my unit... so I've to do every thing to disrupt and stop your H·st, and don't think I'm the only one who keep those records the way they're, other guys also do it", or similar statement.

**105-** He went on telling me that he was aware of my repetitive requests to me warden, Dr. and others about his fabrication of the records and the worsening of my conditions. However, he said, nothing was gonna work because all staff, from warden and Dr., to him (i.e SANTISTEVEN) and other unit officers agreed that no H·st. will be tolerated in D-unit, cause this's not H-unit. He repeated, no one cares if I eat or die.

**106-** At evening that day, with extreme hardship, I send a third written request to B.TRUE, the warden, again complaining to him about the continuing record fabrication, my worsening conditions, including my previous day falling unconscious... supra. 96, asking him to ensure my safety... and house me in cell where there's camera so if I eat, as his officers wrongly claim, the camera would capture that.

**107-** I also at the same time sent a second emergency sick-call request and another separate request to the Dr. expressing my worsening conditions... and the unit officers' record fabrication.

**108-** By this time, 4·10·20 especially within the previous 10-days or so, different BOP's staff members including, but not limited to; unit officers, member of the unit Team, several Lts, psychology dept. staff, medical staff, the warden and his executive staff... etc, have been seeing me in obvious, and increasingly sick and weak conditions. I had already talked and complained to many of these staff. Furthermore, I had lost

15

## D- STATEMENT OF CLAIMS:

substantive amount of weight and spent almost all time in bed. Every one knew that I was in real and authentic H-st as all of my H-sts have been, that I needed medical attention..., and that the unit officers, under SANTISTEVEN, were maliciously falsifying my food intake records.... All knew these, but pretended otherwise.

**109-** In early morning of monday, 4-13-20 I vomited, first a yellowish substance and then the actual blood. This was my first time ever to vomit blood.

**110-** Latter that morning a nurse came on to my cell to perform the first H-st M.A, and that was after I have missed 15-consecutive trays in the past 2-weeks.

**111-** Once again, I was obviously and extremely sick, and the nurse took my B.P, my weight, and urine and blood samples.

**112-** He asked me if I was drinking water? to which I said I ven't drunk any water for the previous 3 or 4-days because of the extreme bitterness in my mouth and pain on my throat. He said I was extremly dehydrated and my urine had blood in it.

**113-** I complained to the nurse about my ongoing serious and substantive medical issues that included but not limited to; extream and growing pain in my chest, abdomen, back, throat, while urinating, with extreme headache, dizzyness, fatigue, cramps on my limbs, bitterness in my mouth, loss of taste and smell, passing urine uncontrollably, short of breath...etc. I also mentioned my recent falling unconsciouss, supra, at 96, and that very morning blood-vomiting.

**114-** I asked the nurse if he could do any thing medically to address my above listed problems. He said no, but he will inform the Dr.

**115-** I didn't see the nurse taking any notes from my complaining about my conditions. But he took some notes about my B.P, and weight which occurred before my complaining.

**116-** On this first M.A, I weighed 119 pounds. My ideal weight is 148 pounds.

**117-** That extreme low weight proves that SANTISTEVEN was, as alleged previously, forging and falsifying the reords of my food intake. The following comparison may be helpfull: In the then most recent H-st, in 2018 at my first M.A, I weighed 138 pounds, and that was after missing 18 or 19 consecutive trays. In that H-st, my weight never droped to 119 pounds, untill on my 39th day of H-st, when I weighed 119.6, after I've been medically assessed, advised by the medical staff concerning my H-st, in atleast 15-different times, forcefully fed 9-times, and voluntarily drunk the nutritional reasource some 6 to 8 times.

**118-** On 4-14-20, Lt. Gaudino incharge of operation, see supra, at 51, told me that he was in contact with warden and the doctor, and both were aware of my H-st, and worsening conditions and also my complaints about CO's fabricating my food record...etc. But he said, both were not concerned for negative impacts on my health... It was all up to me. He added," this's different administration..., and different Dr., from ones were in place in your previous H-st." Or some statement with similer meaning.

**119-** In this day I tried to make social call with my family but I couldn't. That

16

## D- STATEMENT OF CLAIMS:

was because the ITS voice identification system couldn't recognize my voice even after multiple attempts due to my high level of dehydration and extreme weakness and sickness.

120- That was and still is the only time in which I fail to call my family because the computerised system fail to identify my voice.

## CLAIM 4 AND 5: USE OF EXCESSIVE FORCES AND FAILURE TO INTERVINE AGAINST SANTISTEVEN AND MEDRANO RESPECTIVELY:

121- I incorporate herein by refrance the above allegations 1-120.

122- On 4-15-20 I received a second H.St. M.A. as my health worsen.

123- In the morning Lt. MEDRANO, the nurse and several C.O's led by SEN-TISTEVEN with one handy-held camera came to remove me from my cell #204 to the medical room ("9 M.R.") down-stairs.

124- Here, as the staff entered the sally-port and the camera apparently filming, I removed all of my clothes except the inside-boxer short, while also explaining that I was doing that because I wanted the camera to capture whole body..., and that's because I've been on H.St. for over two weeks without receiving any medical attention due to the C.O's fabrication of the record of my food intakes..., falsifully claiming "I was eating". Or similar statement.

125- Lt. MEDRANO said I couldn't be escoted to the M.R. unless I dressed up. So I did. However, all staff present had the chance to see how bad my health was...as I was extremely thin, malnourished, lost great amount of weight and obviously sick.

126- Outside the cell, SANTISTEVEN led the officers in applying restraints on me which comprised the solid, unflexible handcuffs, black-box, and the chain that went around my waist.

127- SANTISTEVEN maliciously and sadistically applied those irons on me by excessively tighten and pulling them while causing me to suffer an exrcruciating pain immediately at the scene and long after that.

128- I immediately started to think that now they're going to kill me, or at least to assault me again and as they had already inderictly indicated supra 69.

129- Under that extreme fear, sickness, physical weakness and vulnerability, I politely said "these cuffs are too tight, please untight them, you hurt me, I'm in pain". To which, SANTISTEVEN responded without looking at me and with threatening tom, "shut up".

130- Any failure from me in crying more and more laudly was a direct result of that extreme fear, sickness, physical weakness and highest level of vulnerability, all of which caused by the ADX staff's in order to force me out of H.St.

131- Lt. MEDRANO heard me making the above complaint supra 129 and saw SANTIS TEVEN's malicious treament on me, but he and the rest decided to allow that and stand by.

17-

## D-STATEMENT OF CLAIMS:

132- Usually, as I've experienced in all previous HSUs, in such circumstances, after an officer application of restraints, the Lt. would come and physically check whether the restraints are applied properly or are too tighten. After that, the Lt. would ask the medical staff present to do the same. I allege, MEDRANO intentionally ignored that procedure here because, as had already shown himself previously, Id at 63-70, he was partner of SANTISTEVEN in violating my rights. Most likely, they were in agreement on that malicious conduct.

133- SANTISTEVEN then again led the rest in escorting me to the M.R. located down stairs, and as we moved, he was maliciously and sadistically jacking and partially lifting me up from behind through the chain that he had tightly put around my waist while my hands/wrists were forced to stay still towards one direction about infront of my face, because of the excessively tighten hand cuffs inside the solid, unflexible black box. All these aggipments combined with aggressive and malicious manner I was forced to walk, delivered me another excruciating pain, as I was forced to walk on my toe tips.

134- When I again complained to SANTISTEVEN that he was hurting me, I was in pain..., he repeated his previous words "shut up", and added "I told you, we're-n't gonna make it easy for you". see supra, at 100, 129.

135- The single escorting camera at this time was behind, way behind us, apparently filming from a distance so to allow SANTISTEVEN to maliciously torture me. This's another regular ADX's conduct as I've learned many years earlier.

136- In the M.R. again SANTISTEVEN maliciously and sadistically and without any warning or need, he aggressively lifted me up from a bed I was asked to seat on, and then forcefully threw me down on my side, causing me another deadly pain especially on my side, on top of the preexisted pain almost all over my body.

137- These violent acts were carried out when I was fully restrained and in a very bad conditions that all the staff have witnessed themselves. See supra at 135.

138- Again, Lt. MEDRANO and the rest stood by approvingly. Only the nurse tried to stop SANTISTEVEN's violence, telling him that they're "unnecessary". But that came after I had already made to suffer as decribed above.

139- In the M.R. and after repeated SANTISTEVEN's use of excessive force, I asked Lt. MEDRANO to replace SANTISTEVEN with another officer while escorting me back to my cell...due to his violent conduct. However, MEDRANO refused, and therefore, knowingly allowed SANTISTEVEN to harm me more.

140- On this day I weighed 116 pounds. The nurse again told me I was dehydrated and asked me to drink water and the nutrional resource. I tried both but I couldn't drink much because of the extreme bitterness in my mouth and pain on my throat.

141- Because of my bad condition, the nurse told me that he'll recommend to the Dr. for me being forcefully fed. I said I preferred to remain in my cell..., because I feared I may be attacked... I felt safer in my cell.

18-

D-STATEMENT OF CLAIMS:

142- When I was been escorted back to my cell, SANTISTEVEN continued to use me unnecessary force and again, using the restraits as a manner and aquipment for punishing me. Even though now used lower amount of unnecessary force compaced to the previouse one, he still caused me more pain.

143- On me way back in to my cell, SANTISTEVEN whispered on my ear to avoid the camera catching him, as maliciously and sadistically threatening me, saying: " I'm gonna get you, you dirty muslim...; force feeding's my favorite...; I'm the (C.O.) number 1, you gonna see what am gonna do".

144- As we reached the Sallyport, SANTISTEVEN added: "I'm glad that you feel safer in your cell, couse, mark my words, I'm gonna get rid of you, like killing terrorists".

145- Lt. MEDRANO and the rest of staff present had realistic opportunity to stop SANTISTEVEN's malicious and sadistic conducts described above, supra at 122-144, but each of them exept the nurse in the M.R, stood by, allowed them.

146- My wrists, arms, and my side all were in excruciating pain. And after the removal of restrouts I found in my cell that my wrists were _ injured and discolored. My right wrist had received a deep cut and was bleeding. All these were direct result of the above described excessive force committed by SANTISTEVEN and failure to intervine and stop the violent acts by Lt. MEDRANO, based on his complete recklessness and deliberate indifference towards my safety.

147- I'd estimate the pain on my wrists in the first 5-days at 7-out of 10. However, some pain persisted for over a month, while the cut healed after about 10-days or so, while it's scar remained for over a year.

148- The physical pain caused by grabbing and throwing me in the M.R, lasted after about two weeks.

CLAIM 6: RETALIATION; VIOLATION OF THE 1st. AMEND. AGAINST SANTISTEVEN:

149- I incorporate here by refrance the above allegations, 1-148.

150- SANTISTEVEN's above allegelly misconducts, in the style of deliberate indifferance, (claim 3, at 44-120) and use of excessive force (claim 4, at 122-148) were substantially motivated by my being on H.st. which he wanted to stop through his above described violent and retaliatory conducts and manners.

151- Prior to my H.st, described in these claims, SANTISTEVEN had been a c.o. in the D-unit for about a year or more. Within that period of time, he appeared to me to be a regular, reasonable c.o. I had no complaint against him. However, after I started the H.st; he led others in mistreating me as detailed above. That shows; his motivation in mistreating me was substantially ; my H.st.

152- In different occassions he made that clear. See e.g. supra; at 100, 104, and 134.

153- Under the above detailed circumstances, my H.st, is a right protected by the First Amendment of the constitution. See Stephano v. Hay cty, 154 F.3d 523, (10th cir. 1998).

-19-

## D- STATEMENT OF CLAIMS:

### CLAIM 7: DELIBERATE INDIFFENCE AGAINST DOCTOR CONROY:

154- I incorporate here by refrance above allegations, 44-153.

155- After I came back to my cell and the use of excessive forces described in claim 4 and 5, above, I also experienced substantial increase of my B.P, pain in my chest along with extreme fear and anxiety, as a result of the violent events against me that morning... These, were on top of my pre existed medical issues.

156- I then under the above described conditions, vomited large amount of blood along with the little water and nutritional resource I had drinken in the m.r, several hours earlier. see supra. at 140.

157- Not long after that, I was escoted back to the m.r, this time to see Dr. Conroy who was also the ADX's clinical director, (C.D) and with her in the m.r, was the P.A. Seroski.

158- Dr. Conroy told me that she was aware of my being on H.st, for over two weeks now, of my previous H.st's in 2018..., and of my pre existed medical conditions... that she found out about from reviewing my medical records.

159- The Dr. measured my hight but didn't ask me about my ongoing medical issues experienced in the last 2+ weeks in H.st. However, I hesistengly complained to her of my many serious and substantive medical issues mentioned above, supra, at 113, and that were rapidly becomming worse. I had complained about the same issue to the nurse that morning.

160- I also complained to Dr. Conroy of my then fresh injuries I received that morning, my previous and second, of that day, blood vomiting..., and my substially increased high B.P. resulted from the violent conducts against me earlier in the morning.

161- After hearing my detailed complaints, the Dr. in laughing expression said to me, "Mr. Mohamed, I'm here to tell you that you better eat now before's too late. The nurse recommended medical intervantion today, to feed you because of your deteriorating conditions, and I can see that..." She then said she doesn't think that there should be medical intervantion now or at any other time, because it was up to me, and said "it doesn't concern me or the warden or any of these guys over here (pointing on to two escoting C.O's)... "it's your personal choice" or some statement similer to that.

162- The Dr. also said that it didn't matter..., that I repeatedly sent sick calls and other requests to the medical and to the warden, because she told me all agree that "we gonna leave you alone, we'll never intervine." she proudly told me that she was a different kind of doctor from the one was around at the time of my then previous H.st's 2018. The warden too, she said was different one.

163- She also quickly and superficially checked in my mouth and throat, and said the bitterness of my mouth, pain in my throat and vomiting blood were the result of more than two weeks of H.st. But she said no medical intervantion was

## A - STATEMENT OF CLAIMS:

necessary, saying, if I eat, all will go away, but if I continue, I must be prepared for anything including death "because no one cares" she said.

**164-** The Dr. didn't check my high BP nor checked on my fresh injury, and no notes were taken in the m.r.

**165-** After talking to the Dr, I had no doubt that the ADX wanted me dead... I didn't have any trust in the medical staff and intended not to complain to them as much as possible.

**166-** On 4.16.20 for the third time and second day in a row, I vomited blood as my conditions continued to go down.

**167-** On 4.17.20 I was assessed for the third time and weighed 114 pound. I forced my self to complain to the nurse of my previous mentioned but worsening conditions including my lattest blood vomiting. The nurse said will tell the Dr.

**168-** This day's weight, 114 pounds was the same weight and the lowest one I dropped in my 2018's H.st. and that was after 40+ days since my declaration of my H.st... Also see Supra, at. 116-117, for comparison.

**169-** On 4.20.20 in my fourth m.A. I weighed 116 pounds, 2- pounds "gain". The nurse had for bad intention changed the scale in this day, yet, another ADX's way of fabricating records.

**170-** Per my own experience, the professional medical staff select an authentic scale at the beginning of any H.st, to be use until the H.st is over.

**171-** There was no truthful explaination and reason as to why I gained two pounds in two days except the choosing of inacurate or manipviated scale. By that way, it appeared, the medical intended to even make my H.st. much harder.

**172-** At the lunch time that day, I ended my 3-weeks H.st. That was mainly because of my worsening conditions, fear of the death... and my realization that the officials incharge including the defendants here, were readily and compeletely prepared to act with every brutality and deliberate indifference necessary to get me out of the H.st. alive or dead.

**173-** After ending the H.st, several of severe medical conditions listed, supra at. 173 continued, and new onses appeared. The excruciating abdomen pain and on my back, lasted for 6-7 days, while passing urine uncontrolably, extreme pain when urinating, pain in my throat, bitterness in my mouth, lack of smell and taste, short of breath, and extreme headache... these lasted in between 10 and 18 days, except urine passing.

**174-** None of these issues lasted that long and reached to that worsen level in any of my previous H.st, in which I was afforded at least some of medical attention and care. And some of these conditions had never occurred in any of previous H.st such as passing urine uncontrollably, pain while urinating, pain in my throat, and loss of smell and taste... All these were new caused by lack of any medical care...

**175-** The new serious and substansive medical issues appeared after ending my H.st included: passing of large amount of blood, large enough to compeletly change the color

21-

D- STATEMENT OF CLAIMS:

of the water in the toilet, some time with extreme pain, and the appearance of the rectum outside the body while using bathroom. This condition remained for about 28-30 days, and was new, never occurred before, in any of my many H.st.

176- On the new and even more serious condition after ending Hst was the substantial swellings on my face and my limbs, that started a day after resuming eating. Swelling on my face and hands (arms down to the wrists and fingers) appeared in between 5-8 different occasions. Swelling on my legs that spread up from my shins to down on to my feet and toes, with extreme pain lasted much longer. This continue to this day. See Claim 9, Infra.

177- On 4-23-20, Dr. CONROY came to see me for chronic care evaluation when I was housed in cell #512, range C-Lower, here in D-unit. I mentioned to her the above mentioned continuing and serious issues.., and showed her my swelling limbs and face, which was very obviously recognized by whomever saw me, and I asked her for treatment and explaination as why these happened?

178- She said the swellings of my face and limbs along with pain during urinating, were caused by lack of protein in my body as a result of long time H.st. She didn't say the reasons of other issues, but said that all will go away in the future, no need for medication.

179-Dr. CONROY then said while loughing " some. Mohammed, you finally came off your H.st. See, we got you out of it. This's how they should've treated you in all those years", or similar statements. Dr. CONROY took no notes regarding my complaints.

CLAIM 8: FAILURE TO PROTECT AND TO SUPERVISE AGAINST B-TRUE

180- I incorporate here by reference the above allegations, 44-179.

181- B.TRUE, the warden was fully aware of the above alleged and incorporated violations committed against me. Not only that he was fully awared, but also participated in those alleged violations.

182- As soon as I decided to go on H.st, I wrote to the warden and others, informing him of my decission. Id. at 48-51, at the same time, I informed him the reasons of my H.st, and requested from him among other things, to ensure my safety... He immediately received my request. Id. 51.

183-When L.t MEDRANO and C.O.SANTISTEVEN exhibited their willingness and propensity to violate my rights by falsifying my food intake records and using physical violence, I once again wrote immediatelly to B.TRUE on that and repeated my previous request. Id. at 71.

184- Over 10-days latter, after the warden failed to do any thing and therefore the violations continued, I sent him a 3rd request explaining the continuing violations, worsening of my conditions, including my passing out occurred in previous day..., and again asking him to ensure my safety. Id at 106

185-The warden not only knew of the alleged violations against me and then failed to stop them, but he also allowed them, agreed with other defendants in committing them, participated in them, and then allowed others to let me know. Id. 58,105,118,162.

22-

## STATEMENT OF CLAIMS:

186- Over 10-days after I started H.St, the warden saw me in un-usual sick condition at a time he was fully aware, and again confirmed to him that I was still on H.St. Id. at 90-93.

187- Because the warden failed to responsibly act in protecting my health and safety and because himself agreed on, and participated in those violations with his lower ranks staff, I was subjected to unprecid-ented deliberate indifference by the medical staff: Dr. CONROY, Lt. MEDRANO (by his failure to intervene), and SANTISTEVEN... As well subjected to exce-ssive force by SANTISTEVEN.

188- Had the warden acted responsibly, I'd not be subjected to the exce-ssive force and its aftermath of 4.15.20, supra at 122-53. The events of that day were led by Lt. MEDRANO and C.O. SANTISTEVEN; the same two individuals who exhibited their violence against me early on about which I informed the warden. Id. ¶ 166. The warden knew about the prospensity of violence concerning these two, but because he, himself agreed and participated with them, he sent them that day to commit the alleged crimes.

189- The warden had realistic opportunity to protect me, but unstaid participated himself in those violations.

## CLAIM 9: DELIBERATE INDIFFERENCE AGAINST P.A. SEROSKI:

190- I incorporate here by refrance the above allegations, 44-189.

191- Swelling and pain of my legs is one of the direct result of the delibera-te indifference towards my substantive and serious medical needs by SANTISTEVEN, Dr. CONROY, and warden's TRUE, failure to protect and supervise. See supra at 176-79.

192- After complaining to Dr. CONROY, Id. 199, I then sent a sick call and verbally complained to the medical at least three different times in June 2020, about the swelling and pain of my legs. I wasn't treated, but once I was advised to elevate my legs. Never helped.

193- After Dr. Oba replaced Dr. CONROY, to him I complained about, and showed my swollen and painful legs on 9.23.20, and asked him the cause of the problem.

194- He asked me about the background and history of the problem, and after hearing it, as detailed supra, 176-79, Dr. Oba said that the cause was probably the lack of protein resulted from such long-time H.St, without any treatment or medical intervantion.

195- Dr. Oba then said, " that's why when I'm here, I make sure that you guys get all medical attention necessary in H.St... I can't imagine that you're left that long time without any effort to ensure your health." Or similar statement words.

196- Dr. Oba said if not treated the problem may become even more serious. He then prescribed me " hydroCHLothiazide, 25 mg. tab, for one month (as tabs, 1.5. tab. daily).

197- The swelling and pain only slitely came down, and on 11.1.20 I sent a sick call request, and then on 11.10.20 a nurse came to see me. I then showed her my both legs with substantive and obvious swelling up from the shins down to the toes.

-23-

## D- STATEMENT OF CLAIMS:

198- I then, to show the nurse the seriousness of the problem, gently pressed on my insteps and shins, and then lifted my fingers, and here, the nurse witnessed the substantive and deep prints that make my legs as if were made of a dough.

199- Per nurse's question, I rated the pain that day to be 6 or 7 out of 10. She said that she will inform SEROSKI of my emergency condition. And I told her, Dr. Oba had already prescribed me the medication, my request was only the renewal of it.

200- No medication came as I wait in excruciating pain. And on 11.18.20 P.A SEROSKI came for the same problem explained to and observed previously, by Dr. Oba and the nurse. I repeated the above process, supra, 198 to show SEROSKI my now even worsen problem because of almost 2-months without medication.

201- Because of the even more substantive swellings, the regular socks couldn't fit without huge effort combined with extreme pain. My legs had changed their color to reddish

202- As SEROSKI witnessing the obvious and extra ordinary swellings and unusual color of my legs, I explained to her the excruciating pain I've been going through for almost two months now. I rated the pain that day on 9 out of 10.

203- SEROSKI told me that she'll immediately issue me at least 6-months worth of medication, but refused my request to increase the doze, while agreed to issue me a compression garment/socks to control the swellings, as I've requested.

204- As I continued to suffer, nothing came until 12.10.20, 40-days after I placed my sick call, and only after I sent another written request to SEROSKI.

205- The renewed prescription was only for one month, and there's no compression socks

206- The problem continued, and on 1.26.21 I sent another sick call. After the one month worth medication ended. Almost a month latter, on 2.23.21, SEROSKI came to see me and said she will get me one year worth of medication and compression socks.

207- In response to my being upset due to her inaction... after her self seeing the seriousness of my problem and Dr. Oba's previous evaluation and prescription... she angrily said that yes, she knew all that but she didn't care "how serious your problem is or whether Dr. Oba had previously prescribed you the same medication...it's your problem.

208- The problem continued, untill on about 3.1.21 when Dr. Oba increased the doze of the same medication to 2-tablets daily... After several months of using that, the problem decreased to some extent but only with daily medication. I've never stopped taking medication

209- SEROSKI knew, witnessed, and directly from me heard of my obviously recognizable serious and substantive medical needs... but acted with complete recklessness and deliberate indifference, and because of that, I had unnecessarily suffered from physical and emotional pain as I waited in two different occassions for medication. Her deliberate indifference also prolonged the injury unnecessarily.

## PHYSICAL AND EMOTIONAL INJURIES:

210- Physical injuries include but not limited to those mentioned earlier Supra. 113. These injuries lasted long after I ended the H-st. And many of them were new that

24

## D-STATEMENT OF CLAIMS:

never occurred to me before, and those that were not new, had never lasted that long, nor were they so severe and deadly before. Id. at-173-75, The swelling and pain on my legs continue. to this day even though there're some improvement. Id. 208. All these injuries were caused by deliberate indifference of SANTISTEVEN, TRUE, CONROY, and retaliation conducts by SANTISTEVEN. See also, Id. at 209, for SAROSKI's caused injuries.

211- The physical injuries caused by the use of excessive force of SANTISTEVEN, failure to intervene of Lt. MEDRANO, and failure to protect... of B. TRUE, were very substantial.. Id 146-48.

212- No medical treatment was provided for the physical injury...; I complained to Dr. CONROY on 4.15.20, and to the nurse on 4-19-20 and 4.20.20, and showed them the injury. But there was no treatment. The nurse told me I must keep the injured area clean and apply warm water.

213- As a result of above violence; soon after the H.St. ended, my B.P. worsen to unprecidented level. up to that moment I was on a single medication to control my B.P. "Lisinopril 20 mg. tab. However, this medication had to be increased twice between April and June 2020, 30 and then 40 mg. And by July a second medication "amlodipine 10 mg tab, had to be added to get my worsening B.P. under control.

214- The emotional injuries and damage are also substantial. Prior to the above described violations, I was on a single antidepressant medication " citalopram 40 mg. tab. However, after the above violations that included, the obvious and confessed deliberate indifference, the use of excessive force through mis-use of restraints, grabbing and throwing me at the m.r., verbal abuses and threats. to kill me... etc, my pre-existed depression, anxiety, PTSD related issues, triggered by previous attacks on me, see Mohamed v. Jones et al, 1:20-cv-02516-RBT-NYW, got worse. Two other medications had to be added: mirtazapine 30 mg. tab, and then buspirone 5 mg. tab. in attempt to get my worsen conditions under control.

## TORT CLAIMS:

CLAIM 10: BATTERY. Based on excessively tightened restraints, pushing, jacking...
215- Under Colorado law, the U.S. is liable here, because its employee SANTISTEVEN, wilfully and wantonly put excessively tightened restraints on me, causing mean excruciating pain... He then wilfully and wantonly used the restraints to push me and jack me from behind as he was escorting me to the m.r. Supra at 122-135. The injuries were substantive. Id. at 146-48. SANTISTEVEN's statements shows his wilfull and wanton motives. Id. at. 66, 69, 100, 143.

CLAIM 11: BATTERY. Based on Grabbing... and throwing me down in the m.r.
216- Under Colorado law, the U.S. is liable here, because its employee SANTISTEVEN wilfully and wantonly grabbed me, lifting me up, and then threw me down on the bed in the Medical Room. Id. 136. and caused me another excruciating pain. Id. The injury were substantive. Id. 146-48. SANTISTEVEN's statements show his wilfil and wanton motives. Id. 25.

CLAIM 12: NEGLIGENT SUPERVISION Based on Lt. MEDRANO's actions/inaction...
217- Under Colorado law, the U.S. is liable here, because its agent, Lt. MEDRANO wilfully and wantonly breached his duties; duty of care towards me and the duty to supervise his

25-

D- STATEMENT OF CLAIMS:

officers, under his commands, especially, C.O. SANTISTEVEN. As a result, I suffered serious injuries. See Id. at 122-48. MEDRANO's earlier actions, shows his wilful and wanton motives. See Id. 62-70. Also, his refusal to replace SANTISTEVEN in M.R. was motivated by his wilful and wanton tendency, Id. at 139.

CLAIM 13: NEGLIGENT SUPERVISION, Based on Warden TRUE's Actions/inaction.

218- Under Colorado law, the U.S. is liable here, because its agent, Warden TRUE wilfully and wantonly breached his duties; the duty of care towards me, and the duty to dutifully supervise his staff, including, SANTISTEVEN, MEDRANO and CONROY. B. TRUE was fully aware of the alleged violations. Id. at 181-85. His decision to let SANTISTEVEN and MEDRANO to lead the 4-15-20 morning events even after knowing their violent prospensity, was motivated by his wilful and wanton motive and tendency. He also, actively agreed on and participated in the above violations with the above defendants. Id. 185. The above damage, based on violation committed the three defendants, were direct result of B.TRUE's breach of his double duties. Both, Warden TRUE and Lt. MEDRANO breached their duties due to their wilful and wanton tendancy. Besides, the 18 U.S.C. § 4042 excludes any discretion here.

CAUSES OF ACTION & ADDITIONAL ALLEGATIONS:

219- RETALIATION CLAIMS: claim 1 and 6: Both, TURNER and SANTISTEVEN, violated my 1st Amendment Rights. Under the 1st Amendment, I have the right to file grievance. See Smith v. Maschner, 899 F.2d 940, 947 (10th Cir. 1990). Turner's adverse action to block my 3-numbers was substantially motivated by my filing grievance. See supra, 6, 14, and 18.

220- SANTISTEVEN's adverse actions via his fabrication of my food intake records and the using of excessive force, were also motivated, substantially by my being on H.St. Id. at 150-53. Hunger strike in the current context, is protected by the 1st Amendment. See Stephany v. Way city. 15A F.3d 583, (10th Cir. 1998); Mohamed v. Jones, 1:20-cv-02516-RBJ-NYW, Col. Dist. 2-22-22, doc-103, F.note, 20, pg. 61 (citing cases held that "hunger strike is a protected activity").

221- RFRA CLAIM: claim 2: TURNER's removal of my already approved numbers-based on her retaliatory motive-violates my statutory rights, under the RFRA. 42 U.S.C. 2000bb-1. by imposing substantial burden on my religion and my abity to exercise it. I, a sincere muslim holding my religious faith sincerely, am religiously required to maintain close relationship with my family. TURNER's actions destroy that requirement. Currently and since 2020, April, phone calls are free, but Turner's actions have already violated my rights, and will continue to close once prisoners starts again to pay for their calls, which based on information and belief will be soon.

222- DELIBERATE INDIFFERANCE CLAIMS: claims 3, 7, and 9. Each of, SANTISTEVEN, CONROY and SELOSKI, victed my 8th Amendment right, by being deliberate indifferent towards my substantial and serious medical needs. SANTISTEVEN's falsification of my food records, and refusal to refer me to the medical was among the primary reasons for the damage alleged. His deliberate actions deprived me the necessary medical attention, intervention, and medical advise concerning my health. without SANTISTEVEN's initiation of falsified records and denial to refer me to

26-

A - STATEMENT OF CLAIMS:

medical, other diffendants would've found it very hard or impossible to deprive me of my rights. Like SANTISTEVEN, Dr. CONROY's motive also was evil intent...Hers and also STROSKI's inaction or actions were motivated by evil and recklessness...and not by proper professional medical judgment. SANTISTEVEN knowingly violated his gate keeper role imposed by the law.

223-EXCESSIVE FORCE CLAIM: claim 4: SANTISTEVEN's use of excessive force violated my 8th Amendment rights, that prohibit cruel and unusual punishment...Because his using of force was unnecessary, and therefore maliciously and sadistically motivated, he violated my rights.

224-FAILURE TO INTERVINE AND FAILURE TO PROTECT CLAIMS: Claims 5 and 8. Both Lt. MEDRANO and warden TRUE violated my 8th Amendment..., by their respective failure and participation in the alleged violation. Each had realistic opportunity to stop the violence but decided to allow them and participate in them.

225-TORT CLAIMS: Claim 10 through 13: See Supra at. 215-218.

- Additional general allegations:

226-The only remedy that's available is from this court...; I've filed the FTCA with the BOP based on both allegations; use of excessive force and deliberate indiff-erence/negligent...Both request were denied...Furthermore, the Administrative remedy program never resulted into any relief in my 20-years of filing. See Supra at 46. In these particular issues; the final response was that: the investigation will be conducted. However I'm not entitled of any conclusion of such investigation.

227-Under the ADX's practices and the BOP's in general; based on my own experience the staff who brutalize prisoners more, are often rewarded by appointing them to even high-er position. For example: officer Brush, who initiated the brutal attacks on me previously, See Mohamed v. Jone's No. 20-CV-02516-RBJ-NYW, he soon after his crimes against me was made a Lt. Similarly, C.O.-SANTISTEVEN, he's also rewarded with that higher position.

228-At the ADX, there're professional and good officers and staff. But that's not based on the Administration or BOP's fair and just practice...

229-Because the officers and staff are free to violate any of prisoner's here, my rights, the violent acts continues...This court is the only authority may stop that.

230-C.O. TURNER, SANTISTEVEN, and others, are an experience and long time BOP's staff... I've known them for years...They were very aware of illegality of their conducts against me... SANTISTEVEN, TURNER ...and the rest of defendants were motivated by evil and bad faith tendancies..., knowing that, under the ADX's and BOP's regular way of doing business.; they were and are free if not encouraged to violate my rights.

231-My above allegations, claims and sought reliefs; are not based on mere disco-mfort or temporary adverse conditions which pose no risk to health and safety...; and are an expected and regular result from H.st. Rather, these're systematic, pre-meditated serious injuries and damages used to break my H.st even if that would've cost my life. I've been in numerous H.st, all for ligitimate reasons but never complained of such brutality. In 2018, the ADX's almost killed me via physical assault. See Mohamed, Id. Here, they used another manner...

27-

E.    PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? _✓_ Yes ___ No (check one).

*If your answer is "Yes," complete this section of the form.  If you have filed more than one previous lawsuit, use additional paper to provide the requested information for each previous lawsuit.  Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "E. PREVIOUS LAWSUITS."*

Name(s) of defendant(s):          Erick Holder et al

Docket number and court:          07-cv-02697-msk-BNB

Claims raised:          Several of constitutional claims

Disposition: (is the case still pending?
has it been dismissed?; was relief granted?)   Trial, partially relief granted.

Reasons for dismissal, if dismissed:   _____

Result on appeal, if appealed:   _____


F.    ADMINISTRATIVE REMEDIES

*WARNING: Prisoners must exhaust administrative remedies before filing an action in federal court regarding prison conditions.  See 42 U.S.C. § 1997e(a).  Your case may be dismissed or judgment entered against you if you have not exhausted administrative remedies.*

Is there a formal grievance procedure at the institution in which you are confined?

        _✓_ Yes ___ No (check one)

Did you exhaust administrative remedies?

        _✓_ Yes ___ No (check one)

E- PREVOUS LAWSUITS:

Names of Defendants:                    Jones et al.

Docket Number and court:                1:20-cv-02516- RBJ-KMT

Claims Raised         :                 15-claims.

Disposition          :                  Still pending.

## G.    REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "G. REQUEST FOR RELIEF." Wherefore, I respectfully asks the court to grant the following:*

A- Issue Injunctive order to all official capacity sued defendants to adhere with the law and existing BOP-regulations at all time, tobe and especially at the time I'm in hunger strike. Or Alternatively, the court issue a declaratory judgment on these individual capacity claims.

B- Award me compensatory damages jointly and severally against all 6-individual defendants under their individual capacities status.

C- Award me punitive damages against each of individual defendant, through his/her individual capacity.

D- Award me nominal damages against each of individual defendants, through his/her individual capacity.

E- Award attorney fees and expert fees... should this court appoint such assistant or if such an "attorneyss, or expert come in to this case" through other means.

F- Award me the feling, mailing... and other fees and cost I've spent or use in this case including the time I've spent in reserching, and working in this case.

G- Award me against the u-states the amount of money specified in my Tort claims.

H- Award me any and all additional relief that this court deems fair and appropriate.


## H.    PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.


*MWarmned*
(Plaintiff's signature)


November 3, 2022.
(Date)


(Form Revised December 2017)

-30-