# Exhibit 2

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-02676-NYW-MDB

KHALFAN KHAMIS MOHAMED,

      Plaintiff,

v.

SANTISTEVEN, et al.

      Defendants.

---

## DECLARATION OF D. LAZARIUK

---

I, D. Lazariuk, pursuant to 28 U.S.C. § 1746, and based upon my personal knowledge and information made known to me from official records reasonably relied upon by me in the course of my employment, hereby declare as follows relating to the above-titled matter:

1.      I am a Unit Manager at the United States Department of Justice, Federal Bureau of Prisons (Bureau) facilities known as the Federal Correctional Complex (FCC), Florence, Colorado. The FCC Florence encompasses the United States Penitentiary – Administrative Maximum (ADX). I have been employed in this capacity since May 2022. I have been employed by the Bureau, in positions of increasing responsibility since August 2013.

2.      In my employment, I have access to records maintained in the ordinary course of business by the Bureau, including property records, information

maintained in the SENTRY database,[1] inmate central files, and inmate Trust Fund Account records. The attachment to this declaration is a true and accurate copy of a Bureau record maintained in the ordinary course of business.

3.      I am currently assigned to the ADX, where I am a Unit Manager in the Unit Management Department.  As the Unit Manager, I direct and manage the housing unit and am responsible for the unit's operation and security, within appropriate policy, as well as for planning, developing, implementing, supervising, and coordinating individual programs tailored to meet the particular needs of inmates in the unit.  In this role, I supervise the Correctional Counselors who are responsible for, among other things, maintaining approved contact lists for inmates, providing phone access for inmates to make social and legal calls, providing access to legal materials, access to mail-related materials, and delivering incoming mail to the inmates and placing outgoing mail in the institution mail for inmates.

4.      I have reviewed Plaintiff's Amended Complaint. ECF No. 36.  I am aware that Plaintiff asserts, among other things, his religious freedoms under the First Amendment and the Religious Freedom Restoration Act were violated because he is not allowed to make calls to his family overseas through a Voice Over Internet Protocol (VOIP) service, which can electronically forward a phone call to a local number to a third party anywhere in the world.

---

[1] SENTRY is the Bureau's national database which tracks various data regarding an inmate's confinement, including, but not limited to, an inmate's institutional history, sentencing information, participation in programs, administrative remedies, and discipline history.

5.      Review of Plaintiff's Trust Fund account indicates he has made approximately one hundred sixty-six (166) phone calls to his family in Tanzania since March 2020. A redacted but otherwise true and correct copy of the Trust Fund Phone Record for Inmate Khalfan Mohamed, Reg. No. 44623-054, is attached as Attachment A (contacts with non-family members have been redacted).

6.      Additionally, the ADX has records showing that Inmate Mohamed has sent at least twenty-three (23) letters to his family in Tanzania, and received approximately twelve (12) letters from his family in Tanzania since March 2020. Exact totals are unavailable, because Inmate Mohamed's mail log is no longer being maintained.  Such record-keeping is typically done only for inmates with a special administrative measure or "SAM" in place.  Inmate Mohamed is no longer a SAM inmate.

I declare under penalty of perjury that the foregoing is true and correct. 28 U.S.C. § 1746.

Executed on this _21_ th day of November 2022, in Florence, Colorado.

/s/ D. Lazariuk
D. Lazariuk
Unit Manager
Federal Bureau of Prisons
Florence, Colorado

3

# Attachment A

Date:      11/17/2022                                                                                          Location: DC
Time:      12:27 PM

# Federal Bureau of Prisons
## TRUVIEW
### Inmate Center Report
### Sensitive But Unclassified

**Reg #:** 44623054          **Start Date:** 3/1/2020          **End Date:** 11/17/2022

☐ Money Received     ☐ Money Sent     ☐ Contact List     ☐ Addresses     ☐ Phone List     ☑ Calls
☐ Email List         ☐ Messages       ☐ Visitor List     ☐ Visits        ☐ Timeline

## Calls

| Start Date | Loc | Completed | Duration | Phone | Contact First Nm | Contact Last Nm | City | St | Country |
|---|---|---|---|---|---|---|---|---|---|
| 10/16/2022 8:34:20 AM | FLX | Yes | 15 | 011255 | Zuhura | Mohammed | TANZANIA | OV | |
| 10/11/2022 8:20:30 AM | FLX | Yes | 15 | 011255 | Salma | Mohammed | TANZANIA | OV | |
| 9/27/2022 8:14:59 PM | FLX | Yes | 1 | 011255 | Zuhura | Mohammed | TANZANIA | OV | |
| 9/23/2022 7:05:56 PM | FLX | Yes | 1 | 011255 | Salma | Mohammed | TANZANIA | OV | |
| 9/16/2022 10:16:04 AM | FLX | Yes | 15 | 011255 | Azzah | Mohammed | TANZANIA | OV | |
| 9/11/2022 11:26:34 AM | FLX | Yes | 5 | 011255 | Mohammed | Mohammed | TANZANIA | OV | |
| 8/26/2022 8:19:18 PM | FLX | Yes | 15 | 011255 | Rubeya | Mohammed | TANZANIA | OV | |
| 8/23/2022 8:16:31 AM | FLX | Yes | 13 | 011255 | Fatuma | Mohammed | TANZANIA | OV | |
| 8/21/2022 8:27:59 AM | FLX | Yes | 15 | 011255 | Salma | Mohammed | TANZANIA | OV | |
| 8/12/2022 8:58:27 PM | FLX | Yes | 15 | 011255 | Msellem | Msellem | TANZANIA | OV | |
| 7/26/2022 8:37:13 PM | FLX | Yes | 14 | 011255 | Salma | Mohammed | TANZANIA | OV | |
| 7/22/2022 8:12:42 PM | FLX | Yes | 1 | 011255 | Sumaiyyah | Khamis | TANZANIA | OV | |
| 7/22/2022 8:47:51 AM | FLX | Yes | 15 | 011255 | Salma | Mohammed | TANZANIA | OV | |

User ID:

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Date: | 11/17/2022 | | | | | | | Location: DC |
| Time: | 12:27 PM | | | | | | | |

# Federal Bureau of Prisons
## TRUVIEW
### Inmate Center Report
### Sensitive But Unclassified

| Start Date | Loc | Completed | Duration | Phone | Contact First Nm | Contact Last Nm | City | St | Country |
|---|---|---|---|---|---|---|---|---|---|
| 7/12/2022 8:15:01 AM | FLX | Yes | 15 | 011255 | Fatuma | Mohammed | TANZANIA | OV | |
| 7/10/2022 8:15:32 AM | FLX | Yes | 15 | 011255 | Zuhura | Mohammed | TANZANIA | OV | |
| 6/26/2022 7:38:04 AM | FLX | Yes | 1 | 011255 | Zuhura | Mohammed | TANZANIA | OV | |
| 6/14/2022 9:05:37 AM | FLX | Yes | 15 | 011255 | Salma | Mohammed | TANZANIA | OV | |
| 6/10/2022 11:28:16 AM | FLX | Yes | 1 | 011255 | Salma | Mohammed | TANZANIA | OV | |
| 5/27/2022 10:11:18 AM | FLX | Yes | 1 | 011255 | Salma | Mohammed | TANZANIA | OV | |
| 5/24/2022 10:23:20 AM | FLX | Yes | 1 | 011255 | Fatuma | Mohammed | TANZANIA | OV | |
| 5/20/2022 9:58:07 AM | FLX | Yes | 1 | 011255 | Nassor | Mohamed | TANZANIA | OV | |
| 5/17/2022 11:07:54 AM | FLX | Yes | 15 | 011255 | Nassor | Mohamed | TANZANIA | OV | |
| 5/13/2022 10:46:58 AM | FLX | Yes | 15 | 011255 | Nassor | Mohamed | TANZANIA | OV | |
| 5/10/2022 11:01:39 AM | FLX | Yes | 1 | 011255 | Nassor | Mohamed | TANZANIA | OV | |
| 4/29/2022 10:18:42 AM | FLX | Yes | 1 | 011255 | Amina | Salum | TANZANIA | OV | |
| 4/26/2022 7:26:18 PM | FLX | Yes | 1 | 011255 | Mohammed | Mohammed | TANZANIA | OV | |
| 4/26/2022 10:27:51 AM | FLX | Yes | 15 | 011255 | Nassor | Mohamed | TANZANIA | OV | |
| 4/22/2022 9:38:56 AM | FLX | Yes | 8 | 011255 | Salma | Mohammed | TANZANIA | OV | |
| 4/15/2022 11:05:07 AM | FLX | Yes | 15 | 011255 | Nassor | Mohamed | TANZANIA | OV | |
| 4/12/2022 8:18:34 PM | FLX | Yes | 15 | 011255 | Msellem | Msellem | TANZANIA | OV | |
| 3/27/2022 7:52:07 AM | FLX | Yes | 15 | 011255 | Zuhura | Mohammed | TANZANIA | OV | |
| 3/25/2022 8:42:06 PM | FLX | Yes | 1 | 011255 | Usaamiah | Khamis | TANZANIA | OV | |

User ID:

Date:    11/17/2022                                          Location: DC

Time:    12:27 PM

# Federal Bureau of Prisons
## TRUVIEW
### Inmate Center Report
### Sensitive But Unclassified

| Start Date | Loc | Completed | Duration | Phone | Contact First Nm | Contact Last Nm | City | St | Country |
|---|---|---|---|---|---|---|---|---|---|
| 3/22/2022 8:41:14 PM | FLX | Yes | 1 | 011255776307373 | Msellem | Msellem | TANZANIA | OV | |
| 3/22/2022 11:56:32 AM | FLX | Yes | 1 | 011255776307373 | Msellem | Msellem | TANZANIA | OV | |
| 3/20/2022 10:11:31 AM | FLX | Yes | 5 | 011255773889300 | Zuhura | Mohammed | TANZANIA | OV | |
| 3/18/2022 9:56:06 AM | FLX | Yes | 1 | 011255773655664 | Salma | Mohammed | TANZANIA | OV | |
| ██████████ | | | | | | | | | |
| 2/15/2022 8:15:05 PM | FLX | Yes | 15 | 011255774758646 | Zuhura | Mohammed | UNKNOWN | | TANZANIA |
| 2/15/2022 8:00:29 AM | FLX | Yes | 15 | 011255658148890 | Mohammed | Mohammed | UNKNOWN | | TANZANIA |
| 2/13/2022 10:39:41 AM | FLX | Yes | 15 | 011255773655664 | Salma | Mohammed | UNKNOWN | | TANZANIA |
| 2/11/2022 8:36:20 PM | FLX | Yes | 15 | 011255776307373 | Msellem | Msellem | UNKNOWN | | TANZANIA |
| 2/11/2022 8:01:29 AM | FLX | Yes | 15 | 011255773909392 | Amina | Salum | UNKNOWN | | TANZANIA |
| 1/25/2022 8:06:19 PM | FLX | Yes | 15 | 011255658148890 | Mohammed | Mohammed | UNKNOWN | | TANZANIA |
| 1/25/2022 10:16:22 AM | FLX | Yes | 15 | 011255774758646 | Zuhura | Mohammed | UNKNOWN | | TANZANIA |
| 1/23/2022 8:34:12 PM | FLX | Yes | 3 | 011255658695339 | Usaamiah | Khamis | UNKNOWN | | TANZANIA |
| 1/23/2022 9:48:51 AM | FLX | Yes | 15 | 011255773655664 | Salma | Mohammed | UNKNOWN | | TANZANIA |
| 1/18/2022 9:44:33 AM | FLX | Yes | 15 | 011255774758646 | Zuhura | Mohammed | UNKNOWN | | TANZANIA |
| 12/26/2021 10:27:41 AM | FLX | Yes | 15 | 011255774758646 | Zuhura | Mohammed | UNKNOWN | | TANZANIA |
| 12/24/2021 9:52:33 AM | FLX | Yes | 15 | 011255716360726 | Sumaiyyah | Khamis | UNKNOWN | | TANZANIA |
| 12/21/2021 10:30:32 AM | FLX | Yes | 15 | 011255777655667 | Azzah | Mohammed | UNKNOWN | | TANZANIA |
| 12/19/2021 7:37:36 AM | FLX | Yes | 15 | 011255777655667 | Azzah | Mohammed | UNKNOWN | | TANZANIA |
| 12/17/2021 8:12:01 PM | FLX | Yes | 1 | 011255658695339 | Usaamiah | Khamis | UNKNOWN | | TANZANIA |
| ██████████ | | | | | | | | | |
| 12/14/2021 9:41:39 AM | FLX | Yes | 15 | 011255773889300 | Zuhura | Mohammed | UNKNOWN | | TANZANIA |
| 11/28/2021 9:16:53 PM | FLX | Yes | 2 | 011255658695339 | Usaamiah | Khamis | UNKNOWN | | TANZANIA |
| 11/28/2021 7:23:26 AM | FLX | Yes | 3 | 011255658695339 | Usaamiah | Khamis | UNKNOWN | | TANZANIA |

User ID:  ██████

Date:     11/17/2022
Time:     12:27 PM

**Federal Bureau of Prisons**
**TRUVIEW**
**Inmate Center Report**
**Sensitive But Unclassified**

Location: DC

| Start Date | Loc | Completed | Duration | Phone | Contact First Nm | Contact Last Nm | City | St | Country |
|---|---|---|---|---|---|---|---|---|---|
| 11/23/2021 8:09:47 AM | FLX | Yes | 15 | 011255 | Mohammed | Mohammed | UNKNOWN | | TANZANIA |
| 11/21/2021 7:37:12 AM | FLX | Yes | 14 | 011255 | Salma | Mohammed | UNKNOWN | | TANZANIA |
| 11/19/2021 9:24:16 AM | FLX | Yes | 15 | 011255 | Zuhura | Mohammed | UNKNOWN | | TANZANIA |
| 11/9/2021 10:04:46 AM | FLX | Yes | 15 | 011255 | Amina | Salum | UNKNOWN | | TANZANIA |
| 10/26/2021 8:13:36 PM | FLX | Yes | 15 | 011255 | Usaamiah | Khamis | UNKNOWN | | TANZANIA |
| 10/24/2021 7:14:03 AM | FLX | Yes | 15 | 011255 | Zuhura | Mohammed | UNKNOWN | | TANZANIA |
| 10/17/2021 7:16:55 AM | FLX | Yes | 15 | 011255 | Zuhura | Mohammed | UNKNOWN | | TANZANIA |
| 10/10/2021 9:37:42 AM | FLX | Yes | 15 | 011255 | Fatuma | Mohammed | UNKNOWN | | TANZANIA |
| 9/26/2021 8:06:57 PM | FLX | Yes | 15 | 011255 | Rahma | Khamiss | UNKNOWN | | TANZANIA |
| 9/24/2021 8:00:13 AM | FLX | Yes | 15 | 011255 | Zuhura | Mohammed | UNKNOWN | | TANZANIA |
| 9/19/2021 7:07:46 AM | FLX | Yes | 15 | 011255 | Zuhura | Mohammed | UNKNOWN | | TANZANIA |
| 9/5/2021 8:02:54 AM | FLX | Yes | 15 | 011255 | Azzah | Mohammed | UNKNOWN | | TANZANIA |
| 8/22/2021 8:36:32 PM | FLX | Yes | 15 | 011255 | Usaamiah | Khamis | UNKNOWN | | TANZANIA |
| 8/22/2021 7:43:16 AM | FLX | Yes | 15 | 011255 | Zuhura | Mohammed | UNKNOWN | | TANZANIA |
| 8/17/2021 8:41:33 PM | FLX | Yes | 15 | 011255 | Salma | Mohammed | UNKNOWN | | TANZANIA |
| 8/17/2021 10:23:20 AM | FLX | Yes | 1 | 011255 | Salma | Mohammed | UNKNOWN | | TANZANIA |
| 8/10/2021 8:33:48 PM | FLX | Yes | 15 | 011255 | Zuhura | Mohammed | UNKNOWN | | TANZANIA |
| 8/8/2021 8:48:12 AM | FLX | Yes | 15 | 011255 | Zuhura | Mohammed | UNKNOWN | | TANZANIA |
| 7/27/2021 10:48:28 AM | FLX | Yes | 15 | 011255 | Amina | Salum | UNKNOWN | | TANZANIA |
| 7/25/2021 9:41:50 AM | FLX | Yes | 15 | 011255 | Azzah | Mohammed | UNKNOWN | | TANZANIA |
| 7/23/2021 11:04:47 AM | FLX | Yes | 15 | 011255 | Salma | Mohammed | UNKNOWN | | TANZANIA |
| 7/20/2021 12:31:29 PM | FLX | Yes | 1 | 011255 | Amina | Salum | UNKNOWN | | TANZANIA |

User ID:

# Federal Bureau of Prisons
## TRUVIEW
### Inmate Center Report
### Sensitive But Unclassified

| Start Date | Loc | Completed | Duration | Phone | Contact First Nm | Contact Last Nm | City | St | Country |
|---|---|---|---|---|---|---|---|---|---|
| 7/2/2021 8:55:20 AM | FLX | Yes | 15 | 011255 | Azzah | Mohammed | UNKNOWN | | TANZANIA |
| 6/25/2021 8:13:19 AM | FLX | Yes | 15 | 011255 | Azzah | Mohammed | UNKNOWN | | TANZANIA |
| 6/20/2021 8:10:54 PM | FLX | Yes | 15 | 011255 | Mohammed | Mohammed | UNKNOWN | | TANZANIA |
| 6/20/2021 7:37:46 AM | FLX | Yes | 15 | 011255 | Salma | Mohammed | UNKNOWN | | TANZANIA |
| 6/1/2021 9:35:20 AM | FLX | Yes | 15 | 011255 | Msellem | Msellem | UNKNOWN | | TANZANIA |
| 5/28/2021 8:06:52 AM | FLX | Yes | 15 | 011255 | Salma | Mohammed | UNKNOWN | | TANZANIA |
| 5/23/2021 7:34:36 AM | FLX | Yes | 15 | 011255 | Zuhura | Mohammed | UNKNOWN | | TANZANIA |
| 5/16/2021 7:31:02 AM | FLX | Yes | 15 | 011255 | Salma | Mohammed | UNKNOWN | | TANZANIA |
| 5/14/2021 8:42:56 AM | FLX | Yes | 15 | 011255 | Zuhura | Mohammed | UNKNOWN | | TANZANIA |
| 4/25/2021 9:27:51 AM | FLX | Yes | 15 | 011255 | Amina | Salum | UNKNOWN | | TANZANIA |
| 4/23/2021 10:30:23 AM | FLX | Yes | 15 | 011255 | Azzah | Mohammed | UNKNOWN | | TANZANIA |
| 4/18/2021 7:22:42 PM | FLX | Yes | 15 | 011255 | Mohammed | Mohammed | UNKNOWN | | TANZANIA |
| 4/18/2021 9:34:34 AM | FLX | Yes | 15 | 011255 | Salma | Mohammed | UNKNOWN | | TANZANIA |
| 4/16/2021 8:48:30 AM | FLX | Yes | 3 | 011255 | Salma | Mohammed | UNKNOWN | | TANZANIA |
| 4/4/2021 8:31:11 AM | FLX | Yes | 1 | 011255 | Rahma | Khamiss | UNKNOWN | | TANZANIA |
| 3/26/2021 10:06:14 AM | FLX | Yes | 15 | 011255 | Azzah | Mohammed | UNKNOWN | | TANZANIA |
| 3/21/2021 9:13:08 AM | FLX | Yes | 15 | 011255 | Zuhura | Mohammed | UNKNOWN | | TANZANIA |
| 3/12/2021 9:26:36 AM | FLX | Yes | 15 | 011255 | Mohammed | Mohammed | UNKNOWN | | TANZANIA |
| 3/2/2021 8:46:28 AM | FLX | Yes | 15 | 011255 | Zuhura | Mohammed | UNKNOWN | | TANZANIA |

Date:    11/17/2022

Time:    12:27 PM

## Federal Bureau of Prisons
### TRUVIEW
### Inmate Center Report
### Sensitive But Unclassified

Location: DC

| Start Date | Loc | Completed | Duration | Phone | Contact First Nm | Contact Last Nm | City | St | Country |
|---|---|---|---|---|---|---|---|---|---|
| 2/26/2021 8:11:04 PM | FLX | Yes | 3 | 011255 | Usaamiah | Khamis | UNKNOWN | | TANZANIA |
| 2/26/2021 10:11:45 AM | FLX | Yes | 8 | 011255 | Azzah | Mohammed | UNKNOWN | | TANZANIA |
| 2/21/2021 7:35:37 AM | FLX | Yes | 15 | 011255 | Zuhura | Mohammed | UNKNOWN | | TANZANIA |
| 2/16/2021 8:34:44 AM | FLX | Yes | 15 | 011255 | Zuhura | Mohammed | UNKNOWN | | TANZANIA |
| 2/14/2021 9:09:32 AM | FLX | Yes | 1 | 011255 | Zuhura | Mohammed | UNKNOWN | | TANZANIA |
| 1/31/2021 10:24:21 AM | FLX | Yes | 15 | 011255 | Amina | Salum | UNKNOWN | | TANZANIA |
| 1/24/2021 7:52:01 AM | FLX | Yes | 15 | 011255 | Azzah | Mohammed | UNKNOWN | | TANZANIA |
| 1/17/2021 7:17:26 AM | FLX | Yes | 15 | 011255 | Zuhura | Mohammed | UNKNOWN | | TANZANIA |
| 1/10/2021 7:21:01 AM | FLX | Yes | 15 | 011255 | Zuhura | Mohammed | UNKNOWN | | TANZANIA |
| 12/27/2020 7:25:19 AM | FLX | Yes | 15 | 011255 | Zuhura | Mohammed | UNKNOWN | | TANZANIA |
| 12/22/2020 7:16:00 AM | FLX | Yes | 15 | 011255 | Zuhura | Mohammed | UNKNOWN | | TANZANIA |
| 12/20/2020 7:06:00 AM | FLX | Yes | 15 | 011255 | Fatuma | Mohammed | UNKNOWN | | TANZANIA |
| 12/18/2020 8:19:35 PM | FLX | Yes | 15 | 011255 | Zuhura | Mohammed | UNKNOWN | | TANZANIA |
| 12/18/2020 7:55:23 AM | FLX | Yes | 15 | 011255 | Zuhura | Mohammed | UNKNOWN | | TANZANIA |
| 11/27/2020 8:06:44 PM | FLX | Yes | 15 | 011255 | Azzah | Mohammed | UNKNOWN | | TANZANIA |
| 11/24/2020 8:20:52 AM | FLX | Yes | 3 | 011255 | Azzah | Mohammed | UNKNOWN | | TANZANIA |
| 11/22/2020 7:17:35 AM | FLX | Yes | 15 | 011255 | Rubeya | Mohammed | UNKNOWN | | TANZANIA |
| 11/20/2020 10:02:33 AM | FLX | Yes | 1 | 011255 | Amina | Salum | UNKNOWN | | TANZANIA |
| 11/17/2020 6:45:40 PM | FLX | Yes | 15 | 011255 | Zuhura | Mohammed | UNKNOWN | | TANZANIA |
| 11/17/2020 10:39:24 AM | FLX | Yes | 10 | 011255 | Zuhura | Mohammed | UNKNOWN | | TANZANIA |
| 11/13/2020 7:49:38 AM | FLX | Yes | 1 | 011255 | Amina | Salum | UNKNOWN | | TANZANIA |
| 11/6/2020 8:35:26 AM | FLX | Yes | 1 | 011255 | Zuhura | Mohammed | UNKNOWN | | TANZANIA |
| 10/27/2020 10:27:42 AM | FLX | Yes | 15 | 011255 | Amina | Salum | UNKNOWN | | TANZANIA |

User ID:

# Federal Bureau of Prisons
## TRUVIEW
### Inmate Center Report
### Sensitive But Unclassified

| Start Date | Loc | Completed | Duration | Phone | Contact First Nm | Contact Last Nm | City | St | Country |
|---|---|---|---|---|---|---|---|---|---|
| 10/18/2020 8:45:57 AM | FLX | Yes | 15 | 011255 | Amina | Salum | UNKNOWN | | TANZANIA |
| 10/16/2020 10:26:12 AM | FLX | Yes | 15 | 011255 | Amina | Salum | UNKNOWN | | TANZANIA |
| 10/9/2020 10:26:58 AM | FLX | Yes | 15 | 011255 | Salma | Mohammed | UNKNOWN | | TANZANIA |
| 9/29/2020 7:05:35 PM | FLX | Yes | 15 | 011255 | Zuhura | Mohammed | UNKNOWN | | TANZANIA |
| 9/29/2020 10:15:26 AM | FLX | Yes | 15 | 011255 | Rubeya | Mohammed | UNKNOWN | | TANZANIA |
| 9/27/2020 7:54:20 AM | FLX | Yes | 1 | 011255 | Salma | Mohammed | UNKNOWN | | TANZANIA |
| 9/18/2020 7:56:32 PM | FLX | Yes | 15 | 011255 | Amina | Salum | UNKNOWN | | TANZANIA |
| 9/11/2020 10:23:40 AM | FLX | Yes | 9 | 011255 | Zuhura | Mohammed | UNKNOWN | | TANZANIA |
| 9/4/2020 8:53:36 AM | FLX | Yes | 5 | 011255 | Rahma | Khamiss | UNKNOWN | | TANZANIA |
| 9/1/2020 7:22:40 AM | FLX | Yes | 15 | 011255 | Salma | Mohammed | UNKNOWN | | TANZANIA |
| 8/28/2020 9:59:33 AM | FLX | Yes | 15 | 011255 | Zuhura | Mohammed | UNKNOWN | | TANZANIA |
| 8/25/2020 7:38:45 AM | FLX | Yes | 15 | 011255 | Rahma | Khamiss | UNKNOWN | | TANZANIA |
| 8/23/2020 8:03:46 PM | FLX | Yes | 1 | 011255 | Rahma | Khamiss | UNKNOWN | | TANZANIA |
| 8/16/2020 8:13:26 PM | FLX | Yes | 15 | 011255 | Zuhura | Mohammed | UNKNOWN | | TANZANIA |
| 8/16/2020 8:06:14 AM | FLX | Yes | 1 | 011255 | Zuhura | Mohammed | UNKNOWN | | TANZANIA |
| 8/14/2020 12:44:10 PM | FLX | Yes | 15 | 011255 | Msellem | Msellem | UNKNOWN | | TANZANIA |
| 8/9/2020 7:43:45 AM | FLX | Yes | 6 | 011255 | Rubeya | Mohammed | UNKNOWN | | TANZANIA |
| 8/4/2020 9:04:37 PM | FLX | Yes | 15 | 011255 | Salma | Mohammed | UNKNOWN | | TANZANIA |
| 8/4/2020 8:38:39 AM | FLX | Yes | 1 | 011255 | Amina | Salum | UNKNOWN | | TANZANIA |
| 7/26/2020 7:37:12 AM | FLX | Yes | 13 | 011255 | Azzah | Mohammed | UNKNOWN | | TANZANIA |
| 7/24/2020 8:23:00 AM | FLX | Yes | 15 | 011255 | Sumaiyyah | Khamis | UNKNOWN | | TANZANIA |
| 7/19/2020 7:27:43 AM | FLX | Yes | 15 | 011255 | Azzah | Mohammed | UNKNOWN | | TANZANIA |
| 7/12/2020 8:14:41 AM | FLX | Yes | 15 | 011255 | Salma | Mohammed | UNKNOWN | | TANZANIA |
| 7/7/2020 12:03:05 PM | FLX | Yes | 9 | 011255 | Salma | Mohammed | UNKNOWN | | TANZANIA |
| 7/5/2020 11:27:28 AM | FLX | Yes | 15 | 011255 | Sumaiyyah | Khamis | UNKNOWN | | TANZANIA |
| 6/30/2020 10:43:26 AM | FLX | Yes | 15 | 011255 | Sumaiyyah | Khamis | UNKNOWN | | TANZANIA |

User ID:

Date:    11/17/2022

Time:    12:27 PM

**Federal Bureau of Prisons**
**TRUVIEW**
**Inmate Center Report**
**Sensitive But Unclassified**

Location: DC

| Start Date | Loc | Completed | Duration | Phone | Contact First Nm | Contact Last Nm | City | St | Country |
|---|---|---|---|---|---|---|---|---|---|
| 6/28/2020 10:20:53 AM | FLX | Yes | 15 | 011255 | Sumaiyyah | Khamis | UNKNOWN | | TANZANIA |
| 6/19/2020 8:13:53 PM | FLX | Yes | 15 | 011255 | Sumaiyyah | Khamis | UNKNOWN | | TANZANIA |
| 6/16/2020 10:08:43 AM | FLX | Yes | 15 | 011255 | Zuhura | Mohammed | UNKNOWN | | TANZANIA |
| 6/12/2020 8:49:29 AM | FLX | Yes | 15 | 011255 | Sumaiyyah | Khamis | UNKNOWN | | TANZANIA |
| 6/7/2020 9:27:54 AM | FLX | Yes | 15 | 011255 | Usaamiah | Khamis | UNKNOWN | | TANZANIA |
| 5/29/2020 7:08:57 PM | FLX | Yes | 15 | 011255 | Azzah | Mohammed | UNKNOWN | | TANZANIA |
| 5/29/2020 9:49:17 AM | FLX | Yes | 15 | 011255 | Zuhura | Mohammed | UNKNOWN | | TANZANIA |
| 5/26/2020 7:34:45 AM | FLX | Yes | 6 | 011255 | Zuhura | Mohammed | UNKNOWN | | TANZANIA |
| 5/24/2020 8:02:39 AM | FLX | Yes | 15 | 011255 | Usaamiah | Khamis | UNKNOWN | | TANZANIA |
| 5/14/2020 7:53:52 PM | FLX | Yes | 15 | 011255 | Msellem | Msellem | UNKNOWN | | TANZANIA |
| 5/10/2020 7:35:38 AM | FLX | Yes | 15 | 011255 | Zuhura | Mohammed | UNKNOWN | | TANZANIA |
| 5/8/2020 9:32:17 AM | FLX | Yes | 15 | 011255 | Usaamiah | Khamis | UNKNOWN | | TANZANIA |
| 4/24/2020 10:27:11 AM | FLX | Yes | 15 | 011255 | Sumaiyyah | Khamis | UNKNOWN | | TANZANIA |
| 4/21/2020 9:21:44 AM | FLX | Yes | 15 | 011255 | Zuhura | Mohammed | UNKNOWN | | TANZANIA |
| 4/19/2020 10:04:44 AM | FLX | Yes | 15 | 011255 | Rubeya | Mohammed | UNKNOWN | | TANZANIA |
| 4/7/2020 8:06:53 PM | FLX | Yes | 15 | 011255 | Usaamiah | Khamis | UNKNOWN | | TANZANIA |
| 4/5/2020 8:58:38 PM | FLX | Yes | 11 | 011255 | Zuhura | Mohammed | UNKNOWN | | TANZANIA |
| 3/31/2020 7:08:35 PM | FLX | Yes | 15 | 011255 | Usaamiah | Khamis | UNKNOWN | | TANZANIA |
| 3/29/2020 7:49:06 AM | FLX | Yes | 15 | 011255 | Usaamiah | Khamis | UNKNOWN | | TANZANIA |
| 3/22/2020 10:15:25 AM | FLX | Yes | 15 | 719 | Hidaya | Juma | PUEBLO | CO | |
| 3/10/2020 12:22:29 PM | FLX | Yes | 15 | 011255 | Usaamiah | Khamis | UNKNOWN | | TANZANIA |
| 3/6/2020 10:05:05 AM | FLX | Yes | 15 | 011255 | Usaamiah | Khamis | UNKNOWN | | TANZANIA |
| 3/1/2020 9:54:58 AM | FLX | Yes | 9 | 011255 | Usaamiah | Khamis | UNKNOWN | | TANZANIA |

User ID: