IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
FEB 09 2023
JEFFREY P. COLWELL
CLERK

Mohamed v. Santisteven, et al No. 21-cv-02676-NYW-MDB.

## PLAINTIFF'S MOTION TO FILE A SUPPLEMENT TO HIS RESPONSE TO DEFENDANTS' MOTION TO DISMISS, DOC. 91

Plaintiff, respectfully, files this motion to ask the court's permission to supply his response, doc. 91.

The reason, as detailed in the supplement itself, exh.1, attached here, is because of the recent presidential announcement..., that he'll end the COVID-19 emergency measures on May 11, 2023. This new development is very much relevant to plaintiff's claim two (RFRA), and was not available while plaintiff filed his response to defendant's MTD.

Because this new development is both; relevant to plaintiff claim and is new, or otherwise wasn't available when plaintiff filed his response, the court should allow this short supplement. The proposed supplement will not harm the defendants in any way.

Therefore, the court should grant this motion.

Respectfully, dated, February 6, 2023.

Khalfan Kh. Mohamed, No. 44623-054
ADX-Florence, P O BOX 8500
Florence, CO 81226-8500

Khalfan Kh. Mohamed
s/ mohammed.

## CERTIFICATE OF SERVICES.

I, Khalfan Kh. Mohamed, hereby certify that on February 6, 2023, have mailed my "motion to file a supplement to my Response..." doc. 91, and my proposed "supplement" EXH.1, to the court, addressed: Office of the clerk, United States District Court, 901-19th St., Room A 105, Denver, CO 80294-3589.

Dated, February 6, 2023
Khalfan Kh. Mohamed, No. 44623-054
ADX-Florence, P O BOX 8500
Florence, CO 81226-8500

Khalfan Kh. Mohamed
s/ mohammed.

DENVER CO 802
7 FEB 2023 PM 9 L

Legal mail

Name: Khaylan Khamis Mohamed
Reg. No. 46235+
U.S. Penitentiary Max.
P.O. Box 8500
Florence, CO 81226-8500

Office of the Clerk
United States District Court
901-19th St, Room A 105
Denver, CO 80294-3589

Legal Mail

80294-250151

FEDERAL CORRECTIONAL legal mail
P.O. BOX
FLORENCE, COLORADO 81226

DATE: FEB 07 2023

"SPECIAL/LEGAL MAIL"

The enclosed letter was processed through special mailing
procedures for forwarding to you. The writer has
neither been opened nor inspected. If the writer raises a question
or problem over which this facility has jurisdiction, it may
be returned for further information or clarification.
If the writer encloses correspondence for forwarding to another
addressee, please return the enclosed to the above address.