THE PROPOSED SUPPLEMENT : EXH:1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Mohamed v. Santisteven, et al, No. 21-CV-02676-NYW-MDB.

## PLAINTIFF'S SUPPLEMENT TO HIS RESPONSE TO DEFENDANTS' MOTION TO DISMISS, DOC. 91

Plaintiff files this short supplement in support to his response to defendants' MTD, (Response, Doc. 91), and respectfully, asks the court to construe this supplied argument along with his argument made in his said response.

THE SUPPLEMENTARY ARGUMENT AND THE REASON BEHIND IT:

In his claim two (RFRA) plaintiff, in response to defendants' argument, argued that this claim is ripe, and the court has the necessary jurisdiction. Doc. 91, p. 5-6. That's in response to defendant's argument that, because plaintiff is calling his family free of charge, due to the presidential decision under the CARES Act triggered by the COVID-19 emergency, plaintiff lack the standing here... Id.

Plaintiff here states that: His argument is further strengthen by the recent announcement that, according to the news Media, the president announced on January 30, 2023, that he will end the Covid-Emergency measures first declared in 2020, on May, 11, 2023. According to the news Media, the ending the emergency measure will result in to, among other things, the ending of free services... that were made free by the said Emergency (PBS News Hours, Jan. 31, 2023).

The defendants, in their MTD acknowledged that: the free phone calls to prisoners were only "intended" during the "covered emergency period". Doc. 81, at. 26. The BOP todate, to plaintiff's knowledge, has never stated that the free phone calls will continue to be free even after the emergency period is been ended. The defendants too, never argued as such.

Therefore, now it's even more imminent, plaintiff's right to practice his religious duty via the phone calls will be substantially impacted... That's, as he argued in his response, he cannot financially afford to maintain that religious duty through the regular ITS phone system.... Hence, in order to fulfill his duty, he need the VOIP service to call his family.

Respectfully, dated, February 6, 2023.
Khalfan Kh. Mohamed, No. 44623-054
ADX-Florence, P.O. Box 8500
Florence, CO 81226-8500

Khalfan Kh. Mohamed
S/ Mohammed