IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-02676-NYW-MDB

KHALFAN KHAMIS MOHAMED,

    Plaintiff,

v.

SANTISTEVEN,
MEDRANO,
CONROY,
TRUE,
SEROSKI,
TURNER, and
THE UNITED STATES OF AMERICA,

    Defendants.

**[PROPOSED] ORDER ON MOTION TO WITHDRAW AS CO-COUNSEL FOR DEFENDANTS**

This matter is before the Court on the Motion to Withdraw as Co-Counsel for Defendants, filed by Lauren Dickey, Assistant U.S. Attorney, ECF No. 103. Finding good cause, IT IS HEREBY ORDERED:

1. The Motion is GRANTED; and

2. The Clerk of Court shall remove Lauren Dickey from the docket as co-counsel for Defendants in this case.

Dated: _____

BY THE COURT:

_____

1