IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JUL 12 2023
JEFFREY P. COLWELL
CLERK

Mohamed v. Sanistevens et al, No. 1:21-CV-02676-NYW-MDB

**PLAINTIFF'S MOTION FOR 21-DAYS EXTENSION OF TIME TO FILE HIS OBJECTION TO THE MAGISTRATE JUDGE RECOMMENDATION, DOC 109**

Plaintiff respectfully file his motion to ask this court to extend the deadline for filing objection to the Magistrate Judge's (M.J.) recommendation doc. 109. Plaintiff states the following in support to this request:

1- On 6.27.23 the M.J. issued her recommendation on defendants' motion to dismiss, and her recommendation the M.J. recommended the dismissal of all plaintiffs' Bivens claims. see doc 109.

2- The M.J. advised plaintiff that he has 14-days to file his objections to her recommendation. Id.

3- Plaintiff intends to file an objection at least on some of the court's recommendation. However he need additional time to do so.

4- Plaintiff needs more time for several legitimate reasons that include; (a) since the receival of the court's recommendation plaintiff has been in unstop working in his other case following the government's decision in that case to file an early motion for summary judgment. See Mohamed v. English et al, No. 22-CV-03213-GPG-MDB, doc. 44, filed 6-22-23. (B) Plaintiff as untrained, pro se litigant whose language is other than English, is very slow in researching cases and related issues, understanding them, and then putting them in writing/using them, and (C) plaintiff since he was moved to his current housing unit, J-unit, in early April 2023, he has been experiencing hardship and obsticles when he requests using the law library, mostly, so far, due to the unit bussy daily schedule..., to the extent that most of the time he requests to use the library for legal works he either fail to go their or he go but only gets 30-70-minutes, which're very little for him due to his slow speed in legal research.

5- These 21-days, requested here, if granted, will not harm the defendants.

For the above mentioned reasons, this court should extend the deadline for plaintiff to file his objection for additional 21-days.

Dated, July 6, 2023.

Khayfan Kh. Mohamed, #44673054
U.S.P-max  P.O.Box 8500
Florence, CO 81226-8500

Khayfan Kh. Mohamed
s/Mohammed

## CERTIFICATE OF SERVICES

I, Khalfan Kh. Mohamed, hereby certify that on July 6, 2023 have submitted for mailing my motion for 21-days extension of time, along with "declaration of mailing", as ex.1; Addressed to:

Office of the clerk
United States District Court,
901-19th St.; Room A105
Denver, CO, 80294-3589

Dated July 6, 2023

Khalfan Kh. Mohamed, #44623-054
U.S.P. max, PO Box 8500
Florence, CO 81226-8500

Khalfan Kh. Mohamed
S/ mohammed