FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
OCT 06 2023
JEFFREY P. COLWELL
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Mohamed v. Santisteven   No 1:21-CV-02676-NYW-MDB

## PLAINTIFF'S MOTION FOR THE DOCKET SHEET

Plaintiff respectfully files this motion for the docket sheet, and states the following:

1- Plaintiff needs the docket sheet so he can use it as a reference in his filings on this case. Also, through the docket sheet, plaintiff may know whether all of his filings are received by the court, as well as if all this court's orders are being received by him. (Sometimes, some documents are not received by plaintiff).

2- Previously, plaintiff requested docket sheet. See for example, doc. 50, 53.

3- For the reasons stated above, the court should grant this motion.

Dated, 9·25·23

Khayfan Kh. Mohamed
U.S.P. Max, P.O Box 8500
Florence, Co 81226-8500

Khayfan Kh. Mohamed
s/ Mohammed

## CERTIFICATE OF SERVICE

I, Khayfan Kh. Mohamed, certify that on 9·25·23 have mailed my motion for the docket sheet, to court's address:
Office of the Clerk
United States District Court
901-19th St., Room A 105
Denver, Co 81226-8500

Khayfan Kh. Mohamed
s/ Mohammed

Name: Khalfan Khamis Mohamed
Reg. No.: 44623-054
U.S. Penitentiary Max.
P.O. Box 8500
Florence, CO 81226-8500

legal mail

FEDERAL PRISON CAMP
P.O. BOX 6000
FLORENCE, COLORADO 81226

SEP 27 2023

DATE:

"SPECIAL/LEGAL MAIL"
The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If there is a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosed to the above address.

80294-250151

Office of the Clerk
United States District Court
901-19th St., Room A-105
Denver, CO 80294-3589

legal mail

DENVER CO 802
27 SEP 2023 PM 2 L