FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
OCT 16 2023
JEFFREY P. COLWELL
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Mohamed V. Santisteven et al. NO. 1:21-cv-02676-NYW-MDB

## PLAINTIFF'S MOTION FOR THE COURTS' ORDER DOC.123, AND FOR THE EXTENSION OF TIME TO FILE HIS RULE 59(e)/OR RULE 60(b) MOTION

In this motion, plaintiff respectfully asks for two things: that (1) he's provided with a copy of the court's order, doc.123, in which the court decided on parties's objections to the Magistrate Judge's Recommendations, and (2) the extension of 30-days before he can file the motion under Rule 59(e) or 60(b). He states the following:

1- On 9.30.23 plaintiff learned from his attorney, who doesn't represent him in this case, that the court had issued the decision on parties's objections. He further learned that the court has overruled all of plaintiff's objections. However, plaintiff do not have the details of the court ruling nor the copy of it. See Ex.1, at 1 (plaintiff's declaration).

2- On 10.4.23 plaintiff receive a legal mail related to this case (along with other legal mails that aren't related to this case) that was a single page "Certificate of service..., re [123] order on Recommendation (doc. 124). However, up to this morning of 10.10.23, plaintiff hasn't received the actual order, doc. 123. Id at 3-4.

3- Since 9.27.23, plaintiff is been housed at B/A unit in the U.S.P. Florence. The unit don't have a designated law library in which prisoners can go and do their legal research. Plaintiff's only access to the one computer which has the necessary law library materials is during the time his whole range of 12-people, going into indoor recreation. But because prisoners use computers, including the one with the law library, for E-mailing and other services at once, the plaintiff found it's almost impossible to do any meaningful legal research. Id at 6-9.

-1-

4- Even without the above mentioned lack of the law library here, plaintiff has always needed and spent an extraordinary amount of time to do even a simple legal research. That's because the English language is foreign to plaintiff, he's untrained on legal matters, and the use of the computer... etc., Id at 10.

5- After plaintiff receive the Court's order, doc. 123, he will read and then decide whether to file either of the Rule 59(e) or 60(b) Motion or not. But he can only be able to decide that after he receive the order and perhaps, some how do some type of legal research, (if he'll be able to that at all). For that, plaintiff will need an extension of time.

For the reasons stated above, the Court should (1) provide plaintiff the Court's order doc. 123, and (2) extend the deadline for filing Rule 59(e) or 60(b) for additional 30-days.

Dated, 10-10-23

Khalfan Kh. Mohamed
US.P Florence, P.O.Box 7000
Florence, CO 81226.

Khalfan Kh. Mohamed
s/ Mohamed

## CERTIFICATE OF SERVICE

I, Khalfan Kh. Mohamed hereby certify that on 10-10-23 have mail my above titled motion with the declaration to the court, addressed:

Office of the clerk
United States District Court
901-19th St, Room A 105
Denver CO 80294-3589

Dated, 10-10-23

Khalfan Kh. Mohamed
US.P Florence, P.O.Box 7000
Florence CO 81226

Khalfan Kh. Mohamed
s/ Mohamed

-2-

EXHIBIT: 1, Declaration In support of...
Plaintiff's motion...

EXHIBIT: 1 Declaration

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Mohamed v. Santisteven et al, No. 1:21-CV-02676-NYW

**Plaintiff's Declaration in Support to His Motion For The Court's Order, Doc. 123, And For Extension of Time**

1- I am the plaintiff in this case.

2- On 9.30.23 through a phone call with my attorney, who doesn't represent me in this case, I learned for the first time that the Court had already ruled on the parties' objections on the magistrate Judge's Recommendations. However, I didn't get any details of the Court's ruling from that phone call. Later, my attorney informed me via E-mail that the Court had overruled all of my objections.

3- On 10.4.23 I received total of five legal mails. But only one of the five was related to this case. That mail was a single page notice, doc. 124 referencing "Certificate of service by mail by clerk of court re [123] order on Recommendation..." (The other four mails; three were related with another case, Mohamed v. English et al 1:22-cv-03213-GPG-MDB; Doc's. 50-53, and one was a mail from attorney Matthew Cushing, in connection to the appeal in Mohamed v. Jones et al, No. 22-1453).

4- As of the morning of today, Tuesday, 10.10.23, while writing this declaration and the enclosed Motion, I haven't yet to receive the Court's order, doc. 123.

5- Based on my own personal experience, a mail from the court usually takes between 3-5 days to reach me. However, on different times in the past, the mail would take 12-22 days to reach me. And on fewer occasions, I've never received this court's orders/mail that the clerk sent me.

6- I am currently and since 9.27.23 housed at B/A-unit within the U.S.P. Florence. The unit does not have a specific, designated law library from which prisoners may do their legal research. Instead, the unit has two computers with

-1-

Email service, but only one of the computers has the materials for the law library.

7- Because there's no explicate, seperate law library for legal research, the only opportunity for me to try doing any legal research is through that one computer which is always been used by other prisoners for Emailing, researching, and other purposes.

8- The above mentioned "opportunity" if available, is only during the indoor recreation (2 to 3 hours daily) when I am allowed to be out of my cell with about 12-other prisoners. And that's if the unit don't have lock downs, which're too many.

9- On different occasions I've tried to do some legal research but found it almost impossible. That's because I, and any other prisoner, can only use the computer for few minutes at a time before he's to leave it so others could use the computer for their various needs. Besides, because at every given time there are at least 10-other prisoners in the area, plus 10's others on the unit, legal research is extremely difficult because of the constant and loud noises.

10- Because I am foreign with English language, un trained in legal matters, and almost illeterate in computer uses, I've always needed far additional time to accomplish even a simple legal research even before my comming in to this unit.

11- Previously, before I was moved to this unit, at ADX, I and other prisoners had/have much time to do legal research, because each unit has a law library where a prisoner could go and stay for up to several hours, by himself to do the reseach without unnecessary interruptions from other prisoners.

12- For all the above reasons, I need additional time to try if I can to do some legal research and then file the necessary motion, after I receive the above requested court's order.

-2-

I make this declaration pursuant to 28 U.S.C. § 1476; under penalty of perjury, declaring that the above statement is true and correct.

Dated, October 10, 2023

U.S.P. Florence, P.O. Box 7000
Florence, CO 81226

Khayfaa Khi Mohamad
s/ Mohammed

-3-

EXHIBIT: 2, Declaration of Mailing.

## EXHIBIT: 2

### DECLARATION OF MAILING

I, Khalfan Kh. Mohamed, declares under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

On 10-10-23 I have submitted for mailing to the appropriate staff member here at B/A-unit, my motion for the court order... and for extension of time. The mail, is marked as a legal mail, with enough postage stamps for the first class mail, addressed to the below court address:

Office of the clerk,
United States District Court
901-19th St., Room A 105
Denver CO 80294-3589.

Dated: 10-10-23

Khalfan Kh Mohamed
USP- Florence, P.O. Box 7000
Florence, CO 81226

Khalfan Kh Mohamed
S/ Mohammed