IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Maritza Dominguez Braswell**

| | |
|---|---|
| Civil Action No: 21-cv-02676-NYW-MDB | Date: November 27, 2023 |
| Courtroom Deputy: E. Lopez Vaughan | FTR: Courtroom 101 |

| *Parties:* | *Counsel:* |
|---|---|
| Khalfan Mohamed | Pro se |
| Plaintiff, | |
| v. | |
| Santisteven, et al | Thomas Isler |
| Defendant. | |

## COURTROOM MINUTES

**PRE-SCHEDULING CONFERENCE**

**11:36 a.m.    Court in session.**

Court calls case. Appearances entered.

Discussion held about Plaintiff's *Motion for Temporary Restraining Order, Preliminary Injunction and for Postponement of the Proceedings until 30-day Following the Government's Compliance with the Requested Order* at ECF No. 144 (see also ECF No. 150). The Court relays the general substance of Defendant's response. Defense counsel explains that Plaintiff may request additional law library time and notes the importance of including the case number and the Court-ordered deadline in any such request which should be submitted to the Unit Manager. In light of Defendant's response and the representations made on the record by both sides, the Motion at ECF No. 144 is moot.

Plaintiff requests additional time to file a motion for reconsideration.

Plaintiff also intends to file an *Amended Complaint*. The Court states it is willing to dispense with a motion for leave, given Plaintiff's circumstances.*

**ORDERED**:   Plaintiff's Motion at ECF No. 144 is **DENIED AS MOOT**.

**ORDERED**: Plaintiff's deadline to file a *Motion for Reconsideration* and an *Amended Complaint* is **December 27, 2023.**

Hearing concluded.

**11:58 a.m.     Court in recess.**

Total in-court time    00:22

**\*POST CONFERENCE NOTE:**
Upon closer review of the docket and further consideration of the issues, the Court determines a *Motion for Leave to Amend* is indeed necessary in this case. Thus, if Plaintiff wishes to amend his complaint, he must file a *Motion for Leave to Amend*, and the Court must grant him permission to amend his complaint before an *Amended Complaint* will be accepted. Accordingly, it is

**ORDERED:   Plaintiff must submit his proposed *Amended Complaint* as part of a *Motion for Leave to Amend the Complaint.***

\*To order transcripts of hearings, please contact Patterson Transcription Company at (303) 755-4536 or AB Court Reporting & Video, Inc. at (303) 629-8534.