FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
MAY 16 2024
JEFFREY P. COLWELL
CLERK

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

Mohamed v. Santisteven et al. No. 21-CV-02676-NYW-MDB

## PLAINTIFF'S MOTION FOR LEAVE TO FILE REPLY IN SUPPORT TO HIS "170": OBJECTION TO THE MAGISTRATE JUDGE'S RECOMMENDATION DOC. 169

Plaintiff, respectfully, files this motion to file the above titled reply. There're good reason for the court to allow the simultaneously, five pages-long reply:

1- In their response to plaintiff's motion to amend (the motion, doc. 159), the defendants didn't raised an argument that plaintiff shouldn't be allowed to amend his three official capacity claims because he failed to allege an ongoing deliberate indifference or ongoing injuries. Similarly, the defendants also didn't argue in any way that plaintiff's allegations against the three prison officials defendants; Santisteven, Conroy, and Seroski failed to establish the alleged violation. See defendants' response, doc. 167. Additionally, the magistrate Judge's Recommendation, doc. 159, which virtually, adopted all of defendants' argument presented in doc. 167, didn't mention anything about the government's new theories. However, the defendants now for the first time raise them in their response to objection, doc. 170.

2- Plaintiff's reply, largelly respond or otherwise objects to the defendants' new argument and improper tactic.

3- The court should consider the reply so to avoid prejudice to plaintiff. For these reasons the court should grant this motion.

Dated: 5-6-24

Khalfan Kh. Mohamed
U.S.P. High, P.O.Box 7000
Florence, CO 81226

## CERTIFICATE OF SERVICE

I, Khalfan Kh. Mohamed, hereby certify that on 5.6.24 have mailed my above titled motion, addressed to: Office of the clerk, U.S. Dist. Court, 901-19th st. room A105, Denver, CO 80294-3589.

Khalfan Kh. Mohamed     s/ Mohammed

Khatar Kh. Mohamed, #44623-054
U.S.P. Florence High, P.O. Box 7000
Florence, CO 81226.

DENVER CO 802
14 MAY 2024 PM 8 L

legal mail

1st.

Office of the clerk
United States District Court
901-19th St., Room A 105
Denver, CO 80294-3589  80294-250151

legal mail

FEDERAL PRISON CAMP
P.O. BOX 5000
FLORENCE, COLORADO 81226

DATE: _____ "SPECIAL/LEGAL MAIL"

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.

legal mail

MAY 10 2024