IN THE UNITED STATES DIST. COURT
FOR THE DISTRICT OF COLORADO

Mohamed v. United States. No. 21-cv-02676-NYW-MDB.

PLAINTIFF'S MOTION FOR ADDITIONAL SEVEN DAYS EXTENSION TO FILE HIS RESPONSE TO DEFENDANT'S MOTION TO DISMISS DOC. 177.

Plaintiff respectfully files this motion requesting (7) days additional extension...

On Aug. 5, 2024 during the status conference, plaintiff requested and the Court granted him an extension to file his response to government's motion to dismiss, doc. 177. The current deadline is due on Sept. 23, 2024. Plaintiff asks (7) more days to and include Oct. 1, 2024. Plaintiff strongly believes that he'll not need additional extension after these seven days.

The reasons are the same mentioned during the conference on Aug. 5, 2024; lack of adequate access to the law library. Plaintiff has been working diligently to meet the deadline, but needs 7-more days. For that reason, the Court should grant this motion.

Dated; Sept. 16, 2024
Khalfan Kh. Mohamed
U.S.P. Florence Box 7000
Florence, CO 81226

Khalfan Kh. Mohamed
s/ Mohammed

CERTIFICATE OF SERVICE

I, Khalfan Kh. Mohamed, on Sept. 16, 2024, have mail my above named motion to court, addressed: office of the clerk, U.S. Dist. Court, 901-19th St., Room A 105, Denver CO 80294-3589

Khalfan Kh. Mohamed
Date: Sept. 16, 2024

s/ Mohammed

**EXH: 1**

## Declaration of mailing

I, Khalfan Khi Mohamed, declares under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

On Sept. 16, 2024, I've submitted to the appropriate staff member for mailing my motion for additional 7-days extension, as a legal mail... The mail meets all necessary requirements for legal mail and with enough postage stamps for the first class mail. Addressed to:

Office of the clerk, U.S. Dist. Court, 901-19th st., Room A 105, Denver, CO 80294-3589.

Dated: Sept. 16, 2024

Khalfan Khi Mohamed
US-P Hgh, Box 7000
Florence, CO 81226

Khalfan Khi Mohamed
S/Mohamed.

Khalfan Khamis Mohamed #44623054
USP Florence, Box 7000
Florence, CO 81226

Legal mail

Office of the Clerk
United States District Court
901-19th St., Room A105
Denver, CO 80294-3589

DENVER CO 802
19 SEP 2024 PM 7 L

Legal mail

80294-250151

