IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-02676-NYW-MDB

KHALFAN KHAMIS MOHAMED,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

**DEFENDANT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSION DUE TO LAPSE IN CONGRESSIONAL APPROPRIATIONS**

Defendant moves, under Fed. R. Civ. P. 6(b), for an extension of time to serve responses to Plaintiff's first set of requests for admission of 14 days, until November 19, 2025, or until seven days after the date on which Congress has restored appropriations to the U.S. Department of Justice, whichever is later.[1]  Defendant's responses to Plaintiff's requests for admission are otherwise due on November 5, 2025.  Defendant seeks this extension on the following grounds:

    1.    At the end of the day on September 30, 2025, the appropriations that had been funding the Department of Justice expired, and appropriations to the Department lapsed.  The same is true for most Executive Branch agencies.  It remains uncertain when funding will be restored.

---

[1] Because Plaintiff is an unrepresented prisoner, no conferral is required under the Local Rules.  See D.C.COLO.LCivR 7.1(b)(1).

1

2. On October 6, 2025, after appropriations lapsed, undersigned counsel received Plaintiff's first set of requests for admission in the mail. Responses are ordinarily due within 30 days. *See* Fed. R. Civ. P. 36(a)(3).

3. On October 16, 2025, the Court granted Defendant's motion for extension of time to serve expert disclosures due to the lapse in congressional appropriations. *See* ECF No. 214. The Court reset Defendant's expert-disclosure deadline for November 3, 2025, or until seven days after the date on which Congress has restored appropriations to the Department of Justice, whichever is later. *See id.*

4. Absent an appropriation, Department of Justice attorneys are prohibited by law from working, even on a voluntary basis, except in limited circumstances including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342. Because work on this case has not been deemed "excepted," undersigned counsel is not permitted to work on this case during the lapse in appropriations, except as needed to seek an extension of time. Based on this restriction, and because it is unknown how long this funding lapse will continue, Defendant moves for an extension of time to respond to Plaintiff's requests for admission through November 19, 2025, or until seven days after appropriations have been restored, whichever is later. Defendant regrets any disruption caused to the Court and Plaintiff.

5. If this motion is granted, undersigned counsel will notify the Court when Congress has appropriated funds for the Department by filing a status report within three business days after such appropriation.

6. Undersigned counsel certifies, under D.C.COLO.LCivR 6.1(b), that Defendant has not previously sought to extend its deadline to response to the requests for admission.

7. Undersigned counsel certifies, under D.C.COLO.LCivR 6.1(c), that a copy of this motion will be served on Plaintiff and upon agency counsel, as a representative for Defendant.

For the reasons set forth above, Defendant respectfully requests that the Court issue an order extending Defendant's deadline to respond to Plaintiff's first set of requests for admission to and including November 19, 2025, or until seven days after the date on which Congress has restored appropriations to the U.S. Department of Justice, whichever is later.

Dated this 4th day of November, 2025.

Respectfully submitted,

PETER MCNEILLY
United States Attorney

s/Thomas A. Isler
**Thomas A. Isler**
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202
Telephone: (303) 454-0336
E-mail: thomas.isler@usdoj.gov
Counsel for Defendant

3

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on November 4, 2025, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to those CM/ECF participants in this case registered in the ECF system.

Khalfan Khamis Mohamed
#44623-054
USP Florence - High
U.S. Penitentiary
P.O. Box 7000
Florence, CO 81226
Pro Se Plaintiff

A copy of this motion will be served via e-mail on A. Powell, senior attorney advisor for the Federal Bureau of Prisons.

s/Thomas A. Isler
United States Attorney's Office
