# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-02676-NYW-MDB

KHALFAN KHAMIS MOHAMED,

     Plaintiff,

v.

UNITED STATES OF AMERICA,

     Defendant.

---

## MOTION FOR STATUS CONFERENCE

---

Pursuant to NYW Standing Order Regarding Trial and Pre-Trial Procedures § B.2, Defendant[1] moves to set a status conference "for purposes of setting firm dates for the Final Pretrial/Trial Preparation Conference and the trial."

The extended dispositive motion deadline was April 30, 2026.  *See* ECF No. 232 at 5.  No dispositive motions have been filed.  Thus, Defendant respectfully requests that the Court set a status conference in this matter.

---

[1]  Because Plaintiff is an incarcerated pro se litigant, this motion is not filed jointly, per NYW Standing Order Regarding Trial and Pre-Trial Procedures § B.2.  Plaintiff is currently incarcerated at the United States Penitentiary Canaan in Waymart, Pennsylvania.

1

Dated: May 7, 2026.

PETER MCNEILLY
United States Attorney

s/Thomas A. Isler
**_Thomas A. Isler_**
Nicholas A. Deuschle
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Ste. 1600
Denver, CO 80202
Telephone: (303) 454-0336
Email: thomas.isler@usdoj.gov
*Counsel for Defendant United States of America*

## CERTIFICATION RE: USE OF GENERATIVE ARTIFICIAL INTELLIGENCE

The undersigned counsel certifies that generative artificial intelligence was not used to draft this filing.

s/Thomas A. Isler
**_Thomas A. Isler_**

## CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2026, I electronically filed the foregoing with the

Clerk of Court using the CM/ECF system and directed personnel in the United States

Attorney's Office to serve the foregoing document and copies of unpublished decisions

on the following non-CM/ECF participant by U.S. mail:


Khalfan Khamis Mohamed
Reg. #44623-054
USP Canaan
U.S. Penitentiary
P.O. Box 300
Waymart, PA 18472
Pro Se Plaintiff

s/ Thomas A. Isler
*Thomas A. Isler*