IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Maritza Dominguez Braswell**

Civil Action No:   21-cv-02676-NYW-MDB                Date:   July 9, 2026
Courtroom Deputy:   E. Lopez Vaughan                   FTR:   Courtroom 101

*Parties:*                                                      *Counsel:*

Khalfan Mohamed                                          Pro se

   Plaintiff,

v.

USA                                                          Thomas Isler
                                                             Nicholas Deuschle

   Defendants.

---

**COURTROOM MINUTES**

---

**MOTION HEARING**

**10:04 a.m.     Court in session.**

Court calls case.  Appearances of counsel.

The Court hears oral arguments on Plaintiff's *Second Motion to Compel* at ECF No. 245 (see also ECF No. 250) and Plaintiff's *Motion for Discovery Sanctions* at ECF No. 236 (see also ECF No.'s 241 and 249).  For reasons put forth on the record, it is

**ORDERED**:  The Motion at ECF No. 245 is **DENIED**.

The Court takes the Motion for Sanctions under advisement and will issue a separate written ruling.

**10:26 a.m.     Court in recess.**

Hearing concluded.
Total in-court time    00:22

*To order transcripts of hearings, please contact:
AB Court Reporting & Video, Inc. by phone at (303) 629-8534 OR Patterson Transcription Company by phone at (303) 815-0487 or by email at scheduling@pattersontranscription.com.